**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)    27-6910335 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **300 John Q Hammons Parkway**<br>**Suite 900**<br>**Springfield, MO 65806**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greene**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:    **Trust**

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor   **See Attachment** _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☑ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☑ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The Revocable Trust of John Q. Hammons dated** | Case number (*if known*) | |
|---|---|---|---|
| | **December 28, 1989 as Amended and Restated** | | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2016**
                      MM / DD / YYYY

**X** **/s/ Jacqueline A Dowdy**                    **Jacqueline A Dowdy**
Signature of authorized representative of debtor        Printed name

Title    **Successor Trustee**

**18. Signature of attorney**

**X** **/s/ Mark Shaiken**                    Date **June 25, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Mark Shaiken**
Printed name

**Stinson Leonard Street LLP**
Firm name

**1201 Walnut Street, Suite 2900**
**Kansas City, MO 64106-2150**
Number, Street, City, State & ZIP Code

Contact phone    **816-691-3204**    Email address    **mark.shaiken@stinson.com**

**KS # 11011**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**ATTACHMENT 1**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Kansas. A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered.

| Entity Name | Relationship | District | Date | Case Number |
|---|---|---|---|---|
| ACLOST, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Bricktown Residence Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Chateau Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Chateau Lake, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Civic Center Redevelopment Corp. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Concord Golf Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Concord Hotel Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| East Peoria Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Fort Smith Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Franklin/Crescent Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Glendale Coyotes Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Glendale Coyotes Hotel Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons, Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Colorado, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Franklin LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Huntsville, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Lincoln, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of New Mexico, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Oklahoma City, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Richardson LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Rogers, Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Sioux Falls, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of South Carolina, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hammons of Tulsa, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |

| | | | | |
|---|---|---|---|---|
| Hampton Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Hot Springs Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Huntsville Catering, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| International Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| John Q. Hammons 2015 Loan Holdings LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| John Q. Hammons Fall 2006, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| John Q. Hammons Hotels Development LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| John Q. Hammons Hotels Management I Corporation | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| John Q. Hammons Hotels Management II, L.P. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| John Q. Hammons Hotels Management, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Joplin Residence Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Allen Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Concord Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - East Peoria Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Ft. Smith Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Glendale, AZ Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH – Kansas City Development, LLC | Affiliate | District of Kansas | June 25, 2016 | Not Yet Assigned |
| JQH - La Vista Conference Center Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - La Vista CY Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - La Vista III Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Lake of the Ozarks Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Murfreesboro Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Normal Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Norman Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Oklahoma City Bricktown Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Olathe Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Pleasant Grove Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| JQH - Rogers Convention Center Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |

CORE/9990000.5935/127182112.1

| | | | | |
|---|---|---|---|---|
| JQH - San Marcos Development, LLC | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Junction City Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| KC Residence Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| La Vista CY Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| La Vista ES Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Lincoln P Street Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Loveland Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Manzano Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Murfreesboro Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Normal Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| OKC Courtyard Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| R-2 Operating Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Richardson Hammons LP | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Rogers ES Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| SGF-Courtyard Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Sioux Falls Convention/Arena Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| St. Charles Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| Tulsa/169 Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |
| U.P. Catering Co., Inc. | Affiliate | District of Kansas | June 26, 2016 | Not Yet Assigned |

CORE/9990000.5935/127182112.1

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | **$10,000.00** |
| 2. **Cash on hand** | **$11,000.00** |
| 2. **Cash on hand** | **$2,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Great Southern Bank - Springfield University Plaza Account** | **Deposit** | **2184** | **Unknown** |
| 3.2. | **Arvest Bank - Tulsa Renaissance Account (amount as of 4-30-16)** | **Deposit** | **7683** | **$59,002.86** |
| 3.3. | **Fifth Third Bank - N.W. Arkansas Embassy Account (amount as of 4-30-16)** | **Deposit** | **8036** | **$64,602.19** |
| 3.4. | **PNC Bank - Murfreesboro Embassy Account (as of 4-30-16)** | **Deposit** | **9462** | **$384,724.53** |

| | | | | |
|---|---|---|---|---|
| 3.5. | **Home State Bank - Loveland Embassy Account (as of 4-30-16)** | Deposit | 4811 | $286,786.99 |
| 3.6. | **First National Bank - Ft. Smith Courtyard Account (as of 4-30-16)** | Deposit | 3900 | $43,498.56 |
| 3.7. | **Fifth Third Bank - Concord Embassy Account (as of 4-30-16)** | Deposit | 1347 | $572,097.65 |
| 3.8. | **Central Bank - Springfield Courtyard Account (as of 4-30-16)** | Deposit | 2468 | $10,000.00 |
| 3.9. | **Central Bank - Springfield Cafe Account (as of 4-30-16)** | Deposit | 2457 | $9,136.21 |
| 3.10. | **Legacy Texas Bank - Richardson Renaissance Account (as of 4-30-16)** | Deposit | 3660 | $10,000.00 |
| 3.11. | **Hawthorn Bank - Joplin Residence Account (as of 4-30-16)** | Investment | 0794 | $1,028,128.66 |
| 3.12. | **Fifth Third - Springfield U.P. Account (as of 4-30-16)** | DBA | 7433 | $215.61 |
| 3.13. | **Fifth Third - North Charleston Residence Account (as of 4-30-16)** | DBA | 3287 | $13,728.53 |
| 3.14. | **Fifth Third - Huntsville Embassy Account (as of 4-30-16)** | DBA | 3319 | $18,648.42 |
| 3.15. | **Fifth Third - Tulsa Renaissance Account (as of 4-30-16)** | DBA | 7140 | $24,841.24 |
| 3.16. | **Fifth Third - N.W. Arkansas Embassy Account (as of 4-30-16)** | DBA | 7335 | $29,391.76 |
| 3.17. | **Fifth Third - Oklahoma City Courtyard Account (as of 4-30-16)** | DBA | 4642 | $17,954.45 |
| 3.18. | **Fifth Third - Hot Springs Embassy Account (as of 4-30-16)** | DBA | 4584 | $16,686.06 |

| | | | |
|---|---|---|---|
| 3.19. | **Fifth Third - Junction City Courtyard Account (as of 4-30-16)** | DBA | 4527 | $14,564.51 |
| 3.20. | **Fifth Third - San Marcos Embassy Account (as of 4-30-16)** | DBA | 1504 | $15,344.58 |
| 3.21. | **Fifth Third - Norman Embassy Account (as of 4-30-16)** | DBA | 0043 | $13,054.21 |
| 3.22. | **Fifth Third - Murfreesboro Embassy Account (as of 4-30-16)** | DBA | 0357 | $24,853.31 |
| 3.23. | **Fifth Third - Loveland Embassy Account (as of 4-30-16)** | DBA | 1339 | $29,936.11 |
| 3.24. | **Fifth Third - La Vista Courtyard Account (as of 4-30-16)** | DBA | 1321 | $6,334.73 |
| 3.25. | **Fifth Third - Allen Courtyard Account (as of 4-30-16)** | DBA | 0152 | $9,250.00 |
| 3.26. | **Fifth Third - Allen Courtyard Account (as of 4-30-16)** | DBA | 0277 | $7,741.54 |
| 3.27. | **Fifth Third -  Hampton Embassy Account (as of 4-30-16)** | DBA | 8985 | $12,854.29 |
| 3.28. | **Fifth Third -  Albuquerque Embassy Account (as of 4-30-16)** | DBA | 9581 | $19,558.37 |
| 3.29. | **Fifth Third Bank - Frisco Embassy Account (as of 4-30-16)** | DBA | 9524 | $18,408.63 |
| 3.30. | **Fifth Third Bank - Springfield Holiday Inn Express Account (as of 4-30-16)** | DBA | 9466 | $9,050.57 |
| 3.31. | **Fifth Third Bank - Joplin Residence Inn Account (as of 4-30-16)** | DBA | 9112 | $12,578.00 |

Debtor    **The Revocable Trust of John Q. Hammons dated**       Case number *(If known)*
          **December 28, 1989 as Amended and Restated**
          Name

| 3.32. | Fifth Third Bank - Ft. Smith Courtyard Account (as of 4-30-16) | DBA | 3301 | $13,036.73 |
|---|---|---|---|---|
| 3.33. | Fifth Third Bank - Concord Embassy Account (as of 4-30-16) | DBA | 3144 | $19,410.82 |
| 3.34. | Fifth Third Bank - East Peoria Embassy Account (as of 4-30-16) | DBA | 6458 | $26,369.79 |
| 3.35. | Fifth Third Bank - Oklahoma City Residence Inn Account (as of 4-30-16) | DBA | 4895 | $15,158.73 |
| 3.36. | Fifth Third Bank - Normal Marriott Account (as of 4-30-16) | DBA | 6143 | $13,855.83 |
| 3.37. | Fifth Third Bank - La Vista Embassy Account (as of 4-30-16) | DBA | 4064 | $26,655.10 |
| 3.38. | Fifth Third Bank - Branson Account (as of 4-30-16) | DBA | 2701 | $20,001.61 |
| 3.39. | Fifth Third Bank - Sioux Falls Sheraton Account (as of 4-30-16) | DBA | 3157 | $21,761.58 |
| 3.40. | Fifth Third Bank - Richardson Renaissance Account (as of 4-30-16) | DBA | 2885 | $20,475.00 |
| 3.41. | Fifth Third Bank - JQHH Management LLC Account (as of 4-30-16) | DBA | 3338 | $20,041.06 |
| 3.42. | Fifth Third Bank - JQH Industries Account (as of 4-30-16) | DBA | 3346 | $5,027.56 |
| 3.43. | Fifth Third Bank - Marriotts Capital Replacement Account (as of 4-30-16) | Reserve | 7734 | $5,093,577.38 |
| 3.44. | Fifth Third Bank - Main Disbursing Account for All Hotels (as of 4-30-16) | Deposit | 0616 | $61,255,433.04 |
| 3.45. | Fifth Third Bank - Sioux Falls Account | Starwood | 0483 | Unknown |

| | | | | |
|---|---|---|---|---|
| 3.46. | **Fifth Third Bank - John Q. Hammons Accounting Services LLC Account (as of 4-30-16)** | **Main Disbursing Account** | 3079 | $639,098.16 |
| 3.47. | **Fifth Third Bank - Liquor Account for All Hotels** | **Deposit** | 4473 | **Unknown** |
| 3.48. | **Commerce Bank (as of 5-31-16)** | **Interest Bearing Checking** | 9231 | $25,190.06 |
| 3.49. | **Central Bank (as of 5-31-16)** | **Interest Bearing Checking** | 5742 | $2,962,512.86 |
| 3.50. | **Central Bank (as of 5-31-16)** | **Checking** | 2564 | $53,249.28 |
| 3.51. | **First Midwest Bank (as of 5-31-16)** | **Interest Bearing Checking** | 1149 | $50,807.75 |
| 3.52. | **Hawthorn Bank (as of 5-31-16)** | **Checking** | 6370 | $4,924.80 |
| 3.53. | **Commerce Bank - Highland Springs Development Account (as of 5-31-16)** | **Money Market Account** | 5875 | $47,688.11 |
| 3.54. | **Commerce Trust Company (as of 5-31-16)** | **Trust Account** | 9061 | $293,415.20 |
| 3.55. | **Central Bank (as of 5-31-16)** | **Money Market Account** | 4863 | $6,431,891.95 |
| 3.56. | **Home Federal Bank (as of 5-31-16)** | **Money Market Account** | 8704 | $190,462.01 |
| 3.57. | **Oakstar Bank (as of 5-31-16)** | **Money Market Account** | 2449 | $50,981.64 |
| 3.58. | **Oakstar Bank (as of 5-31-16)** | **Money Market Account** | 1584 | $8,966.73 |

| 3.59. | Oakstar Bank (as of 5-31-16) | Money Market Account | 2900 | $1,942,227.67 |
|---|---|---|---|---|
| 3.60. | Regions Bank (as of 5-31-16) | Money Market Account | 0466 | $3,037.12 |
| 3.61. | U.S. Bank (as of 5-31-16) | Money Market Account | 1413 | $4,742.49 |
| 3.62. | RCB Bank (as of 5-31-16) | Money Market Account | 7863 | $33,771.47 |
| 3.63. | Central Bank (as of 5-31-16) | Checking | 4367 | $101,146.12 |
| 3.64. | Central Bank (as of 5-31-16) | Money Market Account | 0428 | $2,713.27 |
| 3.65. | Central Bank - Federal Court Operating Account (as of 5-31-16) | Checking | 9538 | $1,012,063.86 |
| 3.66. | Central Bank - Hammons Field Operating Account (as of 5-31-16) | Checking | 8032 | $148,999.80 |
| 3.67. | U.S. Bank (as of 5-31-16) | Checking | 4063 | $1,104.34 |
| 3.68. | Central Bank - Hammons Tower Operating Account (as of 5-31-16) | Checking | 0493 | $1,233,338.50 |
| 3.69. | Central Bank -Hammons Tower Construction Account (as of 5-31-16) | Checking | 0507 | $74,001.41 |
| 3.70. | Central Bank - Highland Springs Project Account (as of 5-31-16) | Checking | 0348 | $345.88 |
| 3.71. | Central Bank - JVCP Parking Account | Checking | 1219 | $29,149.05 |
| 3.72. | Commerce Bank (as of 5-31-16) | Checking | 8240 | $181,613.89 |

| | | | | |
|---|---|---|---|---|
| 3.73. | **Central Bank (as of 5-31-16)** | **Checking** | **9582** | **$259,501.66** |
| 3.74. | **Stifel Nicolaus (as of 5-31-16)** | **Investment** | **0880** | **$1,740,481.33** |
| 3.75. | **Arvest Bank (as of 5-31-16)** | **Certificate of Deposit** | **0008** | **$385,477.62** |
| 3.76. | **First National Bank of Clinton (as of 5-31-16)** | **Certificate of Deposit** | **2021** | **$203,835.24** |
| 3.77. | **Valley View Bank (as of 5-31-16)** | **Certificate of Deposit** | **0393** | **$1,808,213.80** |
| 3.78. | **U.S. Bank** | **Depository** | **9877** | **$24,635.22** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $89,306,365.09 |
|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| 8.1. | **Hammons Field Bond Prepayment** | **$306,500.00** |
|---|---|---|
| 8.2. | **Hammons Field Bond Prepayment** | **$668,415.20** |

9.     **Total of Part 2.**
       Add lines 7 through 8. Copy the total to line 81.

| $974,915.20 |
|---|

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **The Revocable Trust of John Q. Hammons dated**
          **December 28, 1989 as Amended and Restated**
          _____
          Name

Case number *(if known)*
          _____

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 284,893.79 | - | 0.00 | = .... | $284,893.79 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 33,596.99 | - | 0.00 | = .... | $33,596.99 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 439,140.97 | - | 0.00 | = .... | $439,140.97 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $757,631.75 |
|---|

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                      % of ownership

| 15.1. | **Allen CY Catering Co, Inc.** | 100 | % | | Unknown |
|---|---|---|---|---|---|

| 15.2. | **Arkansas Pinnacle Catering Co., Inc.** | 100 | % | | Unknown |
|---|---|---|---|---|---|

| 15.3. | **Bricktown Residence Catering Co., Inc.** | 100 | % | | Unknown |
|---|---|---|---|---|---|

| 15.4. | **Chateau Catering Co., Inc.** | 100 | % | | Unknown |
|---|---|---|---|---|---|

| 15.5. | **Concord Golf Catering Co., Inc.** | 100 | % | | Unknown |
|---|---|---|---|---|---|

| 15.6. | Concord Hotel Catering Co., Inc. | **100** | % | Unknown |
|---|---|---|---|---|
| 15.7. | East Peoria Catering Co., Inc. | **100** | % | Unknown |
| 15.8. | Eisemann Renaissance Club Company | **100** | % | Unknown |
| 15.9. | Fort Smith Catering Co., Inc. | **100** | % | Unknown |
| 15.10. | Franklin/Crescent Catering Co., Inc. | **100** | % | Unknown |
| 15.11. | Frisco Catering Co., Inc. | **100** | % | Unknown |
| 15.12. | Glendale Coyotes Catering Co., Inc. | **100** | % | Unknown |
| 15.13. | Glendale Coyotes Hotel Catering Co., Inc. | **100** | % | Unknown |
| 15.14. | Hampton Catering Co, Inc. | **100** | % | Unknown |
| 15.15. | Hot Springs Catering Co. Inc. | **100** | % | Unknown |
| 15.16. | International Catering Co., Inc. | **100** | % | Unknown |
| 15.17. | Joplin Residence Catering Co., Inc. | **100** | % | Unknown |
| 15.18. | Junction City Catering Co., Inc. | **100** | % | Unknown |
| 15.19. | KC Residence Catering Co., Inc. | **100** | % | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 15.20. | **La Vista CY Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.21. | **La Vista ES Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.22. | **Lincoln P Street Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.23. | **Loveland Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.24. | **Manzano Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.25. | **Murfreesboro Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.26. | **Normal Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.27. | **OKC Courtyard Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.28. | **R-2 Operating Co., Inc.** | **100** | % | **Unknown** |
| 15.29. | **Richardson Renaissance Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.30. | **Rogers ES Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.31. | **San Marcos ES Catering Co., Inc.** | **100** | % | **Unknown** |
| 15.32. | **SGF - Courtyard Catering Co., Inc.** | **100** | % | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **The Revocable Trust of John Q. Hammons dated**
         **December 28, 1989 as Amended and Restated**          Case number *(If known)*
         _____                       _____
         Name

| 15.33 . | Sioux Falls Convention/Arena Catering Co., Inc. | 100 | % | Unknown |
|---------|--------------------------------------------------|-----|---|---------|
| 15.34 . | St. Charles Catering Co., Inc. | 100 | % | Unknown |
| 15.35 . | Tulsa/169 Catering Co., Inc. | 100 | % | Unknown |
| 15.36 . | U.P. Catering Co., Inc. | 100 | % | Unknown |
| 15.37 . | ACLOST, LLC | 100 | % | Unknown |
| 15.38 . | Atrium Hotels, L.P. - limited partnership interest | | % | Unknown |
| 15.39 . | Baker Smith Jones, Inc. | 50 | % | Unknown |
| 15.40 . | Burger Station, Inc. | 100 | % | Unknown |
| 15.41 . | Chateau Lake, LLC | 100 | % | Unknown |
| 15.42 . | Civic Center Redevelopment Corporation | 100 | % | Unknown |
| 15.43 . | Des Plaines Development Corporation | 100 | % | Unknown |
| 15.44 . | Hammons, Inc. | 100 | % | Unknown |
| 15.45 . | Hammons of Colorado, LLC | 80 | % | Unknown |
| 15.46 . | Hammons of Franklin, LLC | 100 | % | Unknown |

| 15.47. | **Hammons of Rogers, Inc.** | **100** | % | | Unknown |
|---|---|---|---|---|---|
| 15.48. | **Highland Springs Corporation** | **100** | % | | Unknown |
| 15.49. | **Highland Springs Realty, Inc.** | **100** | % | | Unknown |
| 15.50. | **John Q. Hammons Fall 2006, LLC** | **100** | % | | Unknown |
| 15.51. | **John Q. Hammons 2015 Loan Holdings, LLC** | **100** | % | | Unknown |
| 15.52. | **John Q. Hammons Accounting Services, LLC** | **100** | % | | Unknown |
| 15.53. | **John Q. Hammons Film Entertainment, Inc.** | **100** | % | | Unknown |
| 15.54. | **John Q. Hammons Hotels Development, LLC** | **100** | % | | Unknown |
| 15.55. | **John Q. Hammons Hotels Management I Corporation** | **100** | % | | Unknown |
| 15.56. | **John Q. Hammons Hotels Management II, L.P. - limited partnership interest** | | % | | Unknown |
| 15.57. | **John Q. Hammons Industries, Inc.** | **100** | % | | Unknown |
| 15.58. | **JQH - Ft. Smith Development, LLC** | **100** | % | | Unknown |
| 15.59. | **JQH - La Vista III Development, LLC** | **100** | % | | Unknown |

| | | | |
|---|---|---|---|
| 15.60. | **JQH - La Vista Conference Center Development, LLC** | **100** % | **Unknown** |
| 15.61. | **JQH - La Vista CY Development, LLC** | **100** % | **Unknown** |
| 15.62. | **JQH - Lake of the Ozarks Development, LLC** | **100** % | **Unknown** |
| 15.63. | **JQH - Normal Development, LLC** | **100** % | **Unknown** |
| 15.64. | **JQH - Oklahoma City Bricktown Development, LLC** | **100** % | **Unknown** |
| 15.65. | **JQH - Olathe Development, LLC** | **100** % | **Unknown** |
| 15.66. | **JQH - Pleasant Grove Development, LLC** | **100** % | **Unknown** |
| 15.67. | **JQH - Rogers Convention Center Development, LLC** | **99.50** | **Unknown** |
| 15.68. | **JQH - San Marcos Development, LLC** | **100** % | **Unknown** |
| 15.69. | **JQH - Springfield Courthouse, LLC** | **100** % | **Unknown** |
| 15.70. | **JQH Industries, Inc.** | **100** % | **Unknown** |
| 15.71. | **JQH Springfield Tower, LLC** | **100** % | **Unknown** |
| 15.72. | **Plaza Realty and Management Services, Inc.** | **98** % | **Unknown** |
| 15.73. | **The Tower Club of Springfield, Inc.** | **100** % | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **The Revocable Trust of John Q. Hammons dated**
         **December 28, 1989 as Amended and Restated**
         Name

Case number *(If known)*

| 15.74. | Tiffany Greens, Inc. | 100 | % | | Unknown |
|---|---|---|---|---|---|
| 15.75. | T-K Enterprises, Inc. | 100 | % | | Unknown |
| 15.76. | University Plaza Redevelopment Corporation | 100 | % | | Unknown |
| 15.77. | Blue Hill Company | 50 | % | | Unknown |
| 15.78. | Plaza Associates Partnership | 50 | % | | Unknown |
| 15.79. | Winegardner & Hammons, Inc. | 50 | % | | Unknown |
| 15.80. | W & H Realty, Inc. | 50 | % | | Unknown |
| 15.81. | Highland Springs Country Club, Inc. | 100 | % | | Unknown |
| 15.82. | Huntsville Catering, LLC | 100 | % | | Unknown |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**
      Add lines 14 through 16.  Copy the total to line 83.

|  | $0.00 |
|---|---|

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Furniture & Fixtures - Hotel (Loveland Embassy Suites)** | $0.00 | | $4,595,528.32 |
| **Office Furniture (Loveland Embassy Suites)** | $0.00 | | $79,959.00 |
| **Mattresses & Springs (Loveland Embassy Suites)** | $0.00 | | $116,297.00 |
| **Curtains / Lamps / Drapes (Loveland Embassy Suites)** | $0.00 | | $898,341.96 |
| **Televisions (Loveland Embassy Suites)** | $0.00 | | $342,388.00 |
| **Furniture & Fixtures - Hotel (Springfield University Plaza)** | $0.00 | | $3,064,462.12 |
| **Office Furniture (Springfield University Plaza)** | $0.00 | | $10,751.69 |
| **Mattresses & Springs (Springfield University Plaza)** | $0.00 | | $133,061.76 |
| **Curtains / Lamps /Drapes (Springfield University Plaza)** | $0.00 | | $943,719.75 |
| **Televisions (Springfield University Plaza)** | $0.00 | | $227,769.53 |
| **Furniture & Fixtures - Hotel (Joplin Residence Inn)** | $0.00 | | $3,226,288.02 |
| **Office Furniture (Joplin Residence Inn)** | $0.00 | | $28,633.00 |
| **Mattresses & Springs (Joplin Residence Inn)** | $0.00 | | $89,846.18 |
| **Curtains / Lamps / Drapes (Joplin Residence Inn)** | $0.00 | | $367,252.18 |

Debtor    **The Revocable Trust of John Q. Hammons dated**
          **December 28, 1989 as Amended and Restated**
          Name

Case number *(If known)*

| | | |
|---|---|---|
| Televisions (Joplin Residence Inn) | $0.00 | $139,295.30 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| Telephone Equipment (Loveland Embassy Suites) | $0.00 | $422,885.96 |
| Telephone Equipment (Springfield University Plaza) | $0.00 | $314,587.45 |
| Telephone Equipment (Joplin Residence Inn) | $0.00 | $203,414.81 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$15,204,482.03** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 49.1.  **Learjet - N45HK** | $0.00 | | **Unknown** |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Office Mechanical Equipment (Loveland Embassy Suites) | $0.00 | | $517,899.35 |

Debtor    **The Revocable Trust of John Q. Hammons dated**
          **December 28, 1989 as Amended and Restated**
          Name

Case number *(If known)*

| | | |
|---|---|---|
| **Laundry Equipment (Loveland Embassy Suites)** | $0.00 | $263,949.00 |
| **Restaurant Equipment (Loveland Embassy Suites)** | $0.00 | $4,121,470.40 |
| **Miscellaneous Equipment - Restaurant (Loveland Embassy Suites)** | $0.00 | $737,497.00 |
| **Miscellaneous Equipment - Hotel (Loveland Embassy Suites)** | $0.00 | $1,984,145.23 |
| **Office Mechanical Equipment (Springfield University Plaza)** | $0.00 | $607,491.80 |
| **Laundry Equipment (Springfield University Plaza)** | $0.00 | $196,534.64 |
| **Restaurant Equipment (Springfield University Plaza)** | $0.00 | $638,963.08 |
| **Miscellaneous Equipment - Restaurant (Springfield University Plaza)** | $0.00 | $598,032.73 |
| **Miscellaneous Equipment - Hotel (Springfield University Plaza)** | $0.00 | $1,845,617.92 |
| **Office Mechanical Equipment (Joplin Residence Inn)** | $0.00 | $206,997.53 |
| **Laundry Equipment (Joplin Residence Inn)** | $0.00 | $55,007.00 |
| **Restaurant Equipment (Joplin Residence Inn)** | $0.00 | $480,973.00 |
| **Miscellaneous Equipment - Restaurant (Joplin Residence Inn)** | $0.00 | $140,849.39 |
| **Miscellaneous Equipment - Hotel (Joplin Residence Inn)** | $0.00 | $623,298.64 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | |
    |---|
    | $13,018,726.71 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

Debtor   **The Revocable Trust of John Q. Hammons dated**
         **December 28, 1989 as Amended and Restated**          Case number *(If known)*
         _____
         Name

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **University Plaza Hotel and Convention Center, 333 South John Q. Hammons Parkway, Springfield, MO 65806** | Fee simple | $0.00 | | Unknown |
| 55.2. **Residence Inn Joplin, 3128 Hammons Blvd., Joplin, MO 64804** | Fee simple | $0.00 | | Unknown |
| 55.3. **Vacant Land (5.44 acres), Parcel Number 192822601000000, Cedar Rapids, Iowa 52404** | Fee simple | $0.00 | | Unknown |
| 55.4. **Vacant Land (4 acres), Parcel Numbers 4645559147.000 and 4645650419.000, Lake Norman, North Carolina 28117** | Fee Simple | $0.00 | | Unknown |
| 55.5. **Vacant Land - Parcel Numbers 44L0690004000, 44L0690004100, 44L0690004200, and 44L0690004300, located in the West Highland Subdivision of Little Rock, Pulaski County, Arkansas** | Fee Simple | $0.00 | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **The Revocable Trust of John Q. Hammons dated**    Case number *(If known)*
          **December 28, 1989 as Amended and Restated**
          Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **Residence, 11400 W 12th St, Little Rock, AR 72211** | Fee Simple | $0.00 | Unknown |
| 55.7. | **Condominium Unit, 1132 Running Springs Rd., Unit 8, Walnut Creek, CA 94595-2968** | Fee Simple | $0.00 | Unknown |
| 55.8. | **Vacant Land (63 acres), Parcel Number 04-4.0-19-000-000-005 .000, Joplin, Newton County, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.9. | **Vacant Land (10 acres), Parcel Numbers 20-5.0-16-000-000-062 .003 and 20-5.0-16-000-000-062 .002, Joplin, Jasper County, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.10 · | **Vacant Land (2.27 acres), Parcel Number 320.00046.007.002, Des Moines, Polk County, Iowa** | Fee Simple | $0.00 | Unknown |
| 55.11 · | **Vacant Land (2.78 acres), 1100 Woodwar Place NE, Albuquerque, NM 87102** | Fee Simple | $0.00 | Unknown |
| 55.12 · | **Vacant Land (123 acres), Parcel Numbers 18-5.0-15-000-000-003 .000, 18-5.0-15-001-003-005 .000 and 18-5.0-15-001-003-005 .001, Branson, Taney County, Missouri** | Fee Simple | $0.00 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **The Revocable Trust of John Q. Hammons dated**      Case number *(If known)*
         **December 28, 1989 as Amended and Restated**
           Name

| | | | |
|---|---|---|---|
| 55.13· | **Vacant Land (66.28 acres), Parcel Number 18-2.0-10-004-001-036.001, Branson, Taney County, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.14· | **Vacant Land (11.993 acres), Account Numbers R627900003001 and R627900003101, Frisco, Collin County, Texas** | Fee Simple | $0.00 | Unknown |
| 55.15· | **Vacant Land (8.18 acres), Account Number 034-203-002-0161, Houston, Harris County, Texas** | Fee Simple | $0.00 | Unknown |
| 55.16· | **Vacant Land (2.10 acres), 8000 Tiffany Springs Rd, Kansas City, Missouri 64153** | Fee Simple | $0.00 | Unknown |
| 55.17· | **Vacant Land (4.09 acres), Parcel Number 17-7.0-36-100-002-005.000, Kansas City, Platte County, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.18· | **Vacant Land, Parcel Number 1318-22-002-018, Lake Tahoe, Douglas County, Nevada** | Fee Simple | $0.00 | Unknown |
| 55.19· | **Vacant Land (10.42 acres), Lindon, Utah County, Utah** | Fee Simple | $0.00 | Unknown |
| 55.20· | **Vacant Land (40.32 acres), Lindon, Utah County, Utah** | Fee Simple | $0.00 | Unknown |

Debtor   **The Revocable Trust of John Q. Hammons dated**   Case number *(If known)*
         **December 28, 1989 as Amended and Restated**
         Name

| | | | |
|---|---|---|---|
| 55.21 · | **Vacant Land (3.7 acres), Parcel Number 255/0708-151-0225-2, Middleton, Dane County, Wisconsin** | Fee Simple | $0.00 | Unknown |
| 55.22 · | **Vacant Land (11.91 acres), Pleasant Grove, Utah County, Utah** | Fee Simple | $0.00 | Unknown |
| 55.23 · | **Vacant Land (35.37 acres), Pleasant Grove, Utah County, Utah** | Fee Simple | $0.00 | Unknown |
| 55.24 · | **Vacant Land (2.08 acres), Parcel Numbers 00834308, 00833113, 00834304, 00819523, Reno, Washoe County, Nevada** | Fee Simple | $0.00 | Unknown |
| 55.25 · | **Vacant Land (42 acres), Parcel Numbers 77438-84-06-48530, 77438-84-06-48520, 77438-84-06-48540, 77438-84-06-48550, 77438-84-06-48560, 77438-84-06-48570, 77438-84-06-48580, 77438-84-06-48590, 77438-84-06-48600, and 74735-84-06-60900, Tulsa, Tulsa County, Oklahoma** | Fee Simple | $0.00 | Unknown |
| 55.26 · | **Vacant Land (6.2 acres), Parcel Number 47585-04-31-10920, Tulsa, Tulsa County, Oklahoma** | Fee Simple | $0.00 | Unknown |
| 55.27 · | **Baseball Stadium Parking Lot A, 946 E Trafficway St, Springfield, Missouri 65802** | Fee Simple | $0.00 | Unknown |

Debtor    **The Revocable Trust of John Q. Hammons dated**    Case number *(if known)*
          **December 28, 1989 as Amended and Restated**
          Name

| | | | |
|---|---|---|---|
| 55.28 · | **Baseball Stadium (Springfield Cardinals), 955 E Trafficway St, Springfield, Missouri 65802** | Leasehold Interest in Land, Ownership of Improvements $0.00 | Unknown |
| 55.29 · | **Chamber Parking Lot (0.75 acres), E St Louis St, Parcel Number 88-13-24-119-021, Springfield, Missouri** | Fee Simple $0.00 | Unknown |
| 55.30 · | **Enterprise Office Building, 300 John Q. Hammons Parkway, Springfield, Missouri 65806** | Fee Simple $0.00 | Unknown |
| 55.31 · | **Glenstone Office Building, 1525 S Glenstone Ave, Springfield, Missouri 65804** | Fee Simple $0.00 | Unknown |
| 55.32 · | **Glenstone Office Building Parking Lot, Parcel Number 88-12-30-401-021, Springfield, Missouri 65804** | Fee Simple $0.00 | Unknown |
| 55.33 · | **Warehouse Building, 940 E Trafficway St, Springfield, Missouri 65802** | Fee Simple $0.00 | Unknown |
| 55.34 · | **Vacant Lot, 234 N Sherman Ave, Springfield, Missouri 65806** | Fee Simple $0.00 | Unknown |
| 55.35 · | **Walnut Street Lot, Parcel Number 88-13-24-113-115, Springfield, Missouri 65806** | Fee Simple $0.00 | Unknown |
| 55.36 · | **Vacant Lot, 1136 E St Louis St, Springfield, Missouri 65806** | Fee Simple $0.00 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 55.37 · | **Springfield Mini-Storage, 2330 E Bennett St, Springfield, Missouri 65804** | Fee Simple | $0.00 | Unknown |
| 55.38 · | **Residence located at 2450 S Skyline Dr, Springfield, Missouri 65804** | Fee Simple | $0.00 | Unknown |
| 55.39 · | **Vacant Land (0.5 acres), Parcel Number 88-12-33-401-001, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.40 · | **Vacant Land (17.7 acres), Parcel Numbers 88-13-05-405-006 and 88-13-05-405-002, Springfield, Missouri 65803** | Fee Simple | $0.00 | Unknown |
| 55.41 · | **Residence located at 4485 E Mentor Rd, Rogersville, Missouri 65742** | Fee Simple | $0.00 | Unknown |
| 55.42 · | **Commercial Building, 2456 N Kansas Expressway, Springfield, Missouri 65803** | Fee Simple | $0.00 | Unknown |
| 55.43 · | **Commercial Building, 4035 S Campbell Ave, Springfield, Missouri 65807** | Fee Simple | $0.00 | Unknown |
| 55.44 · | **Commercial Building, 500 S Glenstone Ave, Springfield, Missouri 65802** | | $0.00 | Unknown |
| 55.45 · | **Jordan Valley Parking Garage, 815 E St Louis St, Springfield, Missouri 65806** | Fee Simple | $0.00 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.46· | **Embassy Suites Loveland - Hotel, Spa & Convention Center, 4705 Clydesdale Parkway, Loveland, CO 80538** | Fee Simple | $0.00 | Unknown |
| 55.47· | **Building located at 3657 Kearney St, Parcel Number 88-13-05-405-002, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.48· | **Vacant Land (8.8 acres), Parcel Number 88-13-05-405-006, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.49· | **Vacant Land (8.2 acres), 5313 S Farm Road 189, Parcel Number 88-19-22-100-025, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.50· | **Vacant Land (12.18 acres), E Mentor Rd, Parcel Number 88-19-23-300-012, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.51· | **Vacant Land (24.79 acres), S Dunrobin Dr, Parcel Number 88-19-22-400-130, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.52· | **Vacant Land (39 acres), E Mentor Rd, Parcel Number 88-19-23-300-011, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.53· | **Vacant Land (Lots 36, 37, 38, 39 &49), S Castlebay Dr, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.54· | **Vacant Land (Lot 2), S Coldstream Dr, Parcel Number 88-19-22-400-049, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 55.55· | **Vacant Land (Lot 4), 3957 E Dunrobin St, Parcel Number 88-19-22-400-103, Springfield, Missouri** | | $0.00 | Unknown |
| 55.56· | **Vacant Land (Lot 2), S Castlebay Dr, Parcel Number 88-19-22-300-055, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.57· | **Vacant Land, E Blackhawk St, Parcel Number 88-19-22-201-002, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.58· | **Vacant Land (Lot 6), 5234 E Whitehaven Dr, Parcel Number 88-19-22-201-065, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.59· | **Vacant Land (Lot 15), E Villa Way, Parcel Number 88-19-22-100-092, Springfield, Missouri** | Fee Simple | $0.00 | Unknown |
| 55.60· | **Vacant Land (35.37 acres), Tax Parcel No. 14:054:0125, Pleasant Grove, Utah** | Fee Simple | $0.00 | Unknown |
| 55.61· | **Vacant Land (11.91 acres), Pleasant Grove, Utah** | Fee Simple | $0.00 | Unknown |
| 55.62· | **Residence located at 3344 E Southern Hills Blvd, Springfield, Missouri 65804** | Fee Simple | $0.00 | Unknown |
| 55.63· | **Missouri Sports Halls of Fame Building, 3861 E Stan Musial Dr, Springfield MO 65809** | Fee Simple | $0.00 | Unknown |

Debtor  **The Revocable Trust of John Q. Hammons dated**
         **December 28, 1989 as Amended and Restated**
         Name

Case number *(If known)* _____

| 55.64 | **Vacant Land (21.05 acres), Parcel Number 18-2.0-10-003-001-012 .000, Branson, Missouri** | Fee Simple | $0.00 | Unknown |
|---|---|---|---|---|

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $0.00 |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Counterclaims asserted against JD Holdings LLC in Deleware Action**<br>Nature of claim<br>Amount requested      $0.00 | Unknown |
|  **Counterclaims asserted against SFI Belmont LLC in Illinois Actions**<br>Nature of claim<br>Amount requested      $0.00 | Unknown |
| 75.  **Other contingent and unliquidated claims or causes of action of** | |

Debtor    **The Revocable Trust of John Q. Hammons dated**          Case number *(If known)*
          **December 28, 1989 as Amended and Restated**
          _____
          Name

**every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,306,365.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $974,915.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $757,631.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,204,482.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,018,726.71 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $119,262,120.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $119,262,120.78 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Bank of Blue Valley**
Creditor's Name

**11935 Riley**
**Overland Park, KS 66213**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**03/25/2011**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

Describe debtor's property that is subject to a lien
**Vacant Land (4 acres), Parcel Numbers 4645559147.000 and 4645650419.000, Lake Norman, North Carolina 28117**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**  Value of collateral: **Unknown**

**2.2** | **Bank of Blue Valley**
Creditor's Name

**11935 Riley**
**Overland Park, KS 66213**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
_____
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Baseball Stadium (Springfield Cardinals), 955 E Trafficway St, Springfield, Missouri 65802**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **Unknown**  Value of collateral: **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**          Case number (if know) _____
          Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fifth Third Bank** |
|---|---|

Creditor's Name

**MD 10904A**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**Learjet - N45HK**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First National Bank of Omaha** |
|---|---|

Creditor's Name

**11404 W Dodge Rd**
**Omaha, NE 68154**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**Embassy Suites Loveland - Hotel, Spa &
Convention Center, 4705 Clydesdale
Parkway, Loveland, CO 80538**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Great Southern Bank** |
|---|---|

Creditor's Name

**1451 East Battlefield**
**Springfield, MO 65804**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**University Plaza Hotel and Convention
Center, 333 South John Q. Hammons
Parkway, Springfield, MO 65806**

**Describe the lien**
**Deed of Trust**

---

Debtor    **The Revocable Trust of John Q. Hammons dated**
          **December 28, 1989 as Amended and Restated**          Case number (if know) _____
          _____
          Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| Creditor's email address, if known | ■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

**1. Great Southern Bank**
**2. UMB Bank, N.A. as Trustee**

---

| **2.6** | **Great Southern Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
|  | Creditor's Name | **Vacant Land (12.18 acres), E Mentor Rd, Parcel Number 88-19-23-300-012, Springfield, Missouri** | | |

**1451 E Battlefield**
**Springfield, MO 65804**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| **2.7** | **Great Southern Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
|  | Creditor's Name | **Vacant Land (24.79 acres), S Dunrobin Dr, Parcel Number 88-19-22-400-130, Springfield, Missouri** | | |

**1451 E Battlefield**
**Springfield, MO 65804**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Case 16-21140     Doc# 1     Filed 06/26/16     Page 38 of 104

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Great Southern Bank | | | |
|---|---|---|---|---|

Creditor's Name

**1451 E Battlefield Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Vacant Land (39 acres), E Mentor Rd, Parcel Number 88-19-23-300-011, Springfield, Missouri**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

---

| 2.9 | Great Southern Bank | | | |
|---|---|---|---|---|

Creditor's Name

**1451 E Battlefield Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Vacant Land (Lots 36, 37, 38, 39 &49), S Castlebay Dr, Springfield, Missouri**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

---

| 2.1 0 | Great Southern Bank | | | |
|---|---|---|---|---|

Creditor's Name

**1451 E Battlefield Springfield, MO 65804**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**All inventory and equipment used in connection with the operation of Highland Springs Country Club.**

**Describe the lien**

**Security Interest**

Unknown     Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Hawthorn Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**132 E High St**
**Jefferson City, MO 65101**

Creditor's mailing address

**Residence Inn Joplin, 3128 Hammons Blvd., Joplin, MO 64804 and related personal property**

**Describe the lien**
**Deed of Trust and Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **PlainsCapital Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2323 Victory Avenue**
**Suite 300**
**Dallas, TX 75219**

Creditor's mailing address

**Vacant Land (11.993 acres), Account Numbers R627900003001 and R627900003101, Frisco, Collin County, Texas**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 7

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Pleasant Grove City** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Redevelopment Agency
70 South 100 East
Pleasant Grove, UT 84062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Vacant Land (35.37 acres), Tax Parcel No.
14:054:0125, Pleasant Grove, Utah**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Pleasant Grove City** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Redevelopment Agency
70 South 100 East
Pleasant Grove, UT 84062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Vacant Land (11.91 acres), Pleasant Grove,
Utah**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Simmons First National Bank** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case 16-21140    Doc# 1    Filed 06/26/16    Page 41 of 104

Debtor The Revocable Trust of John Q. Hammons dated
December 28, 1989 as Amended and Restated
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | Vacant Land - Parcel Numbers 44L0690004000, 44L0690004100, 44L0690004200, and 44L0690004300, located in the West Highland Subdivision of Little Rock, Pulaski County, Arkansas |
| **425 W Capitol Ave**<br>**Little Rock, AR 72201** | |
| Creditor's mailing address | **Describe the lien**<br>Mortgage |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.1 6 | UMB Bank, N.A. as Trustee | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **University Plaza Hotel and Convention Center, 333 South John Q. Hammons Parkway, Springfield, MO 65806 and related personal property** | | |
| | **for the City of Springfield 2 South Broadway Suite 435 Saint Louis, MO 63102-1713** | | | |
| | Creditor's mailing address | **Describe the lien**<br>Deed of Trust and Security Interest | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.5** | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$0.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 16-21140     Doc# 1     Filed 06/26/16     Page 42 of 104

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number *(if known)* | _____ |

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**A S Hospitality**<br>**4136 S. McCann Ct.**<br>**Springfield, MO 65804**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ABM Security Services Inc**<br>**PO Box 60840**<br>**Charlotte, NC 28260-0840**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Ace Hood Cleaning Inc**<br>**4250 N Farm Road 141**<br>**Springfield, MO 65803**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**ACS - Automated Control Sys**<br>**5251 W 116th Pl, Suite 200**<br>**Leawood, KS 66211**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
32903
Best Case Bankruptcy

Case 16-21140   Doc# 1   Filed 06/26/16   Page 43 of 104

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Advanced Laundry Systems**
13551 W 43rd Dr
Unit J
Golden, CO 80403-7272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Advantage Fitness Product**
1730 Berkeley Street
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.32 |
|---|---|---|---|

**Alphagraphics**
5803 Lockheed Ave
Loveland, CO 80538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.33 |
|---|---|---|---|

**Always Growing LLC**
11838 W Arlington Dr
Littleton, CO 80127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.15 |
|---|---|---|---|

**American Eagle Dist.**
300 Clydesale Parkway
Loveland, CO 80538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Hotel & Lodging**
EDUCATIONAL INSTITUTE
800 N.MAGNOLIA AVE.RM#300
Orlando, FL 32803-3252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.55 |
|---|---|---|---|

**American Hotel Register**
P.O. Box 71299
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **The Revocable Trust of John Q. Hammons dated** | Case number (if known) | |
| | **December 28, 1989 as Amended and Restated** | | |
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$487.89** |
|---|---|---|---|
| | **American Hotel Register** | ☐ Contingent | |
| | **PO Box 71299** | ☐ Unliquidated | |
| | **Chicago, IL 60694** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _trade debt (Joplin RI)_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Aquaverve LLC** | ☐ Contingent | |
| | **395 Main Street** | ☐ Unliquidated | |
| | **West Creek, NJ 08092** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Art's Audio & Video Serv** | ☐ Contingent | |
| | **1151 Eagle Dr #333** | ☐ Unliquidated | |
| | **Loveland, CO 80537** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _trade debt (Loveland ES)_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ashley Lighting Inc** | ☐ Contingent | |
| | **405 Industrial Drive** | ☐ Unliquidated | |
| | **Trumann, AR 72472** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **AT&T** | ☐ Contingent | |
| | **P.O. Box 650661** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0661** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Audio Acoustics Inc.** | ☐ Contingent | |
| | **Payment Processing Center** | ☐ Unliquidated | |
| | **800 N Cedarbrook Avenue** | ☐ Disputed | |
| | **Springfield, MO 65802-2522** | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Awards Unlimited Inc** | ☐ Contingent | |
| | **336 E 4th St** | ☐ Unliquidated | |
| | **Loveland, CO 80537** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _trade debt (Loveland ES)_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated**      Case number *(if known)* _____

Name

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B & H Industrial Serv Inc**
2645 N Lecompte Rd
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barclays Capital Real Estate**
200 Park Avenue
New York, NY 10166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Guaranty of loan to JQH-Springfield Tower, LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barclays Capital Real Estate**
200 Park Avenue
New York, NY 10166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Guaranty of loan to John Q. Hammons Fall 2006, LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bergelectric Corp**
650 Opper St
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __trade debt (Loveland ES)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Big Al's Security Team**
2659 E Mulberry St
Unit A11
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __trade debt (Loveland ES)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill's Electric Inc**
PO Box 707
Webb City, MO 64870-0707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Black Dog Productions**
1004 West 4th Street
Joplin, MO 64801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bramson House**
151 Albany Ave.
Freeport, NY 11520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Branch Banking & Trust Co**
P.O. Box 890011
Charlotte, NC 28289-0011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Breakthru Beverage**
P.O. Box 17647
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooms N More Inc**
7709 County Road 24
Longmont, CO 80504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brushworks by Tom Inc**
1603 East Miller Rd
Republic, MO 65738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Budweiser Events Ctr**
5290 Arena Circle
Loveland, CO 80538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Centurylink**
PO Box 4300
Carol Stream, IL 60197-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

**Charter Furniture Group**
**9362 Payshere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.34** Nonpriority creditor's name and mailing address

**Chemaqua Inc.**
**23261 Network Place**
**Chicago, IL 60673-1232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Cintas Corp**
**97627 Eagle Way**
**Chicago, IL 60678**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt (Loveland ES, Joplin RI)

Is the claim subject to offset? ■ No ☐ Yes

**$93.52**

---

**3.36** Nonpriority creditor's name and mailing address

**City of Joplin**
**Attn Utility Billing**
**602 S Main Street**
**Joplin, MO 64801-2606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utility service

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.37** Nonpriority creditor's name and mailing address

**City of Loveland**
**PO Box 3500**
**Loveland, CO 80539-3500**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utility service

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.38** Nonpriority creditor's name and mailing address

**City of San Marcos**
**Attn City Manager**
**630 East Hopkins**
**San Marcos, TX 78666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guaranty of loan to JQH-San Marcos Development, LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.39** Nonpriority creditor's name and mailing address

**City Utilities**
**301 E Central**
**Springfield, MO 65801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utility service

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Utilities**
301 E Central
PO Box 551
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clean Service Systems**
11474 Lawrence 1245
Marionville, MO 65705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clean the World Foundation Inc**
PO Box 533838
Orlando, FL 32853-3838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clear My Head**
422 East Dixie Dr
W. Carrollton, OH 45449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |
|---|---|---|---|

**CO CO International Corp**
46 W 29th St
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colorado Dept of Revenue**
1375 Sherman St
Denver, CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colorado Medical Waste Inc**
3131 Oakland St
Aurora, CO 80010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Convoy of Hope**
330 Patterson Avenue
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.35 |
|---|---|---|---|

**Countryside Flowers**
424 S Joplin
Joplin, MO 64801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt (Joplin RI)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Culligan of Joplin**
PO Box 2932
Wichita, KS 67201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt (Joplin RI)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CVent Inc**
PO Box 822699
Philadelphia, PA 19182-2699

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Datagraphics Printing**
1302 South Main Steet
Joplin, MO 64801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deutsche Bank Trust Co, as**
**Trustee for the reg. holders**
**of Citigroup Series 2015-GC33**
1761 East St Andrew Place
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guaranty of loan to JQH-Allen Development, LLC, JQH-Concord Development, LLC, JQH-Glendale, AZ Development, LLC, Hammons of Huntsville, LLC, JQH-Kansas City Development, LLC, JQH-Murfreesboro Development, LLC, JQH-Norman Development, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Digital Roads Inc**
301 Commercial Rd
Suite B
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Dow Jones & Co, Inc.**<br>**Wall Street Journal or Barrons**<br>**P.O. Box 4137**<br>**New York, NY 10261-4137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** trade debt (Loveland ES) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Drain Doctors LLC**<br>**PO Box 336355**<br>**Greeley, CO 80633-0606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** trade debt (Loveland ES) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Dunbar Armored Inc**<br>**PO Box 64115**<br>**Baltimore, MD 21264-4115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** trade debt (Loveland ES) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Ecolab Food Safety**<br>**24198 Network Place**<br>**Chicago, IL 60673-1241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** trade debt (Loveland ES) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282.55 |
| --- | --- | --- | --- |
| | **Ecolab Inc**<br>**PO Box 70343**<br>**Chicago, IL 60673-0343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** trade debt (Loveland ES, Joplin RI) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Ecore Commercial Flooring**<br>**PO Box 4944**<br>**119 South Tree Drive**<br>**Lancaster, PA 17604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ECS/Ripplepoint**<br>**PO Box 6190**<br>**Orlando, FL 32802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** trade debt (Loveland ES) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**
_____
Name

Case number (if known) _____

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.09 |
|---|---|---|---|

**Edward Don**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Jones**
**910 54th Ave**
**Suite 220**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edwards Refrigeration**
**6712 N Franklin Ave**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elite Hood Cleaning**
**3954 S Joplin Way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Embassy Suites Colorado Spring**
**7290 Commerce Center Dr**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Empire Bank**
**1800 S Glenstone Ave**
**PO BOx 3397**
**Springfield, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Guaranty to loan to JQH-Springfield Courthouse,**
**LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPIRE DISTRICT GAS COMPANY**
**P.O. BOX 219239**
**KANSAS CITY, MO 64121-9239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **utility service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Expedia Travel**
P.O. Box 847677
Dallas, TX 75284-7677

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | **$2,562.78** |

**Express Services, Inc.**
P.O. Box 203901
Dallas, TX 75320-3901

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Joplin RI)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | **$216.00** |

**Fantasy Orchids**
830 W Cherry St
Louisville, CO 80027

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | **$37.42** |

**FedEx**
P.O. Box 94515
Palatine, IL 60094-4515

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES, Joplin RI)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**First National Bank of Fort Smith**
PO Box 7
602 Garrison Avenue
Fort Smith, AR 72902

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guaranty of loan to JQH - Ft. Smith Development, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**First National Bank of Omaha**
1620 Dodge Street
Omaha, NE 68102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guaranty of loan to Hammons of Colorado, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**First National Bank of Omaha**
1620 Dodge Street
Omaha, NE 68102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guaranty of loan to JQH-La Vista Conference Center Development, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**First National Bank of Omaha**
1620 Dodge Street
Omaha, NE 68102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Guaranty of loan to JQH-La Vista III Development, LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Flagship Publishing Inc**
Accounting Dept
PO Box 1974
Estes Park, CO 80517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Foothills Landscape Main**
PO Box 189
Windsor, CO 80550-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fort Collins Area**
Chamber of Commerce
225 S. Meldrum / PO Box D
Fort Collins, CO 80522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $529.05 |
|---|---|---|---|

**Freshpoint of Denver**
P.O. Box 815219
Dallas, TX 75381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ft Collins-Loveland**
Water District
PO Box 151629
Denver, CO 80215-8629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  utility service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gallegos Sanitation**
PO Box 1986
Fort Collins, CO 80522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  utility service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.24 |
|---|---|---|---|

**Garda CL Southwest, Inc.**
3209 Momentum Place
Lockbox #233209
Chicago, IL 60689-5332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Joplin RI)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**George T Sanders Company**
PO Box 17488
Denver, CO 80217-0488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.66 |
|---|---|---|---|

**Grainger**
Dept. C-Pay
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greeley Tribune**
PO Box 1690
Greeley, CO 80632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,381.94 |
|---|---|---|---|

**Guest Supply - Sysco**
PO Box 910
Monmouth Junction, NJ 08852-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hawthorn Bank**
321 W. Battlefield
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Guaranty of loan to JQH-Oklahoma City Bricktown Development, LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.59 |
|---|---|---|---|

**HD Supply Facilities**
P.O. Box 509058
San Diego, CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Heartland Food Products**
1900 W 47th Place
Suite 302
Westwood, KS 66205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _trade debt (Loveland ES)_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Heritage Food Service Group**
PO Box 71595
Chicago, IL 60694-1595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**High Country Pools & Spas**
6330 South College Ave
Fort Collins, CO 80525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _trade debt (Loveland ES)_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Hillyard - Denver**
PO Box 875029
Kansas City, MO 64187-5029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Hilton Hotels Corporation**
4649 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _trade debt (Loveland ES)_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Hobart Service**
**ITW Food Equipment Group**
PO Box 2517
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _trade debt (Loveland ES)_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.80 |
| --- | --- | --- | --- |

**Hobby Lobby Stores Inc**

Oklahoma City, OK 73196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _trade debt (Joplin RI)_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Home Depot Credit Service**
P.O. Box 183176
Columbus, OH 43218-3176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hood-Rich Inc**
400 South Ave
Suite 300
Springfield, MO 65806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hubert Co**
25401 Network Place
Chicago, IL 60673-1254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ikon/Ricoh Services**
PO Box 660342
Dallas, TX 75266-0342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Imprint Plus USA Inc**
c/o Bank of America
5427 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**In the Swim**
c/o Cortz Inc
7436 Solution Center
Chicago, IL 60677-7004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**InFlightDirect**
7991 Valentia Court
Naples, FL 34114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.103 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Interquest North No. 1 LLC**
**111 S Tejon**
**Suite 222**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **claim asserted in lawsuit filed in Greene County, Missouri**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.104 | **$191.37** |

**Nonpriority creditor's name and mailing address**
**Interstate All Battery**
**300 Willow Street**
**Fort Collins, CO 80524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt (Loveland ES)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.105 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**J.E. Patterson Inc**
**2323 Highview**
**Joplin, MO 64804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.106 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**J.G. Edelen Co Inc**
**PO Box 37787**
**Baltimore, MD 21297-3787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.107 | **Unknown** |

**Nonpriority creditor's name and mailing address**
**JD Holdings, LLC**
**c/o Jonathan D. Eilian**
**152 West 57th St, 56th Floor**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.108 | **$333.34** |

**Nonpriority creditor's name and mailing address**
**Jesse Donaldson**
**3400 East County Rd 30**
**Fort Collins, CO 80528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt (Loveland ES)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.109 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**JJ Collins' Sons Inc**
**Dept 20-8020**
**PO Box 5998**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt (Loveland ES)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JLF Collections**
**19007 South Reyes Ave**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Q Hammons Hotels**
**Management LLC**
**300 John Q Hammons Parkway**
**Suite 900**
**Springfield, MO 65806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt (Loveland ES)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joplin Fire Protection Co**
**1014 Wall**
**Joplin, MO 64801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joplin Globe**
**P.O. Box 7**
**Joplin, MO 64802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Disposal Systems**
**720 S Main**
**Galena, KS 66739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __utility service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $581.50 |
|---|---|---|---|

**Joshua's Distributing LLC**
**5679 W Cottonwood Ln**
**Joplin, MO 64801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt (Joplin RI)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JQH Accounting Services LLC**
**300 John Q Hammons Parkway**
**Suite 900**
**Springfield, MO 65806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt (Loveland ES)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karcher North America**
**Dept. Ch 19244**
**Palatine, IL 60055-9244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KC Water Services**
**4800 E 63rd St**
**Kansas City, MO 64130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **utility service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,006.00** |
|---|---|---|---|

**La Marquise Inc**
**2310 Center St**
**Deer Park, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Labor Law Center**
**3501 West Garry Ave**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$546.98** |
|---|---|---|---|

**Labor Ready Central Inc**
**PO Box 31001-0257**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Laboratory Corp. of America**
**P. O. Box 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.02** |
|---|---|---|---|

**Larimer Electric Motor Co**
**1808 E Lincoln Ave**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

LG Fulfillment Inc.
1102 A1A N, Suite 205
Ponte Vedra Beach, FL 32082

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125** Nonpriority creditor's name and mailing address

Living Green Interior
Landscaping Inc
6031 N Main St Rd
Webb City, MO 64870

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Joplin RI)

Is the claim subject to offset? ■ No ☐ Yes

**$365.56**

---

**3.126** Nonpriority creditor's name and mailing address

Loloi Inc.
4501 Spring Valley Rd
Dallas, TX 75244

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127** Nonpriority creditor's name and mailing address

Loveland Chamber of Commerce
5400 Stone Creek Circle
Loveland, CO 80538

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128** Nonpriority creditor's name and mailing address

Loveland Glass Co
630 West 1st Street
Loveland, CO 80537

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129** Nonpriority creditor's name and mailing address

Loveland Police Dept
Attn Sara
810 East 10th St #100
Loveland, CO 80537

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Loveland ES)

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.130** Nonpriority creditor's name and mailing address

Lowe's Credit Services
PO Box 530954
Atlanta, GA 30353-0954

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt (Joplin RI)

Is the claim subject to offset? ■ No ☐ Yes

**$246.03**

---

Debtor The Revocable Trust of John Q. Hammons dated
December 28, 1989 as Amended and Restated          Case number (if known) _____
        Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marina Investments LLC**
**5353 S Lindbergh Blvd**
**Suite 200**
**Saint Louis, MO 63126**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Guaranty of loan to JQH-Lake of the Ozarks**
**Development, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marriott International, Inc.**
**13682 Collections Center**
**Chicago, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Franchise Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marsh USA Inc**
**PO Box 846015**
**Dallas, TX 75284-6015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt (Loveland ES)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martin-Ray Laundry Inc**
**2050 W 9th Ave**
**Denver, CO 80204**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt (Loveland ES)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt (Loveland ES)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.02 |
|---|---|---|---|

**Meadow Gold Greeley**
**P.O. Box 710961**
**Denver, CO 80271-0961**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt (Loveland ES)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mid-States Fitness Repair**
**706 Scott Wayne Dr**
**Nixa, MO 65714**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**                    Case number (if known) _____
_____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.28 |

**Missouri American Water**
**PO Box 94551**
**Palatine, IL 60094-4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt (Joplin RI)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Missouri American Water**
**PO Box 94551**
**Palatine, IL 60094-4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  utility service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Missouri Department of Revenue**
**140 Park Central Square**
**Room 313**
**Springfield, MO 65806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Missouri Gas Energy**
**P. O. Box 219255**
**Kansas City, MO 64121-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  utility service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MO Am Water Co**
**300 Terrace Rd**
**Branson, MO 65616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  utility service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morrow Technologies Corp**
**12000 28th Street North**
**Saint Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Morton Community Bank**
**2400 E Washington Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guaranty of loan to JQH-East Peoria Development,
LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |

**Muzak LLC**
**PO Box 71070**
**Charlotte, NC 28272-1070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __trade debt (Loveland ES)__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** |

**Neosho Pool & Spa**
**12375 HWY 59**
**Neosho, MO 64850**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |

**NOR1 INC**
**DEPT LA 24315**
**Pasadena, CA 91185-4315**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __trade debt (Loveland ES)__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**Novation Commerical Svcs**
**409 Delozier Dr Unit B**
**Fort Collins, CO 80524**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __trade debt (Loveland ES)__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |

**OakStar Bank**
**1020 E Battlefield**
**Springfield, MO 65807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guaranty of loan to The Plaza Associates__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

**ODell Brewing Co.**
**800 E Lincoln Ave**
**Fort Collins, CO 80524**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __trade debt (Loveland ES)__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |

**Office Depot Business**
**Dept. 56-8600778534**
**PO Box 78004**
**Phoenix, AZ 85062-8004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**
Name

Case number (if known) _____

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oriental Trading Company**
P.O. Box 14502
Des Moines, IA 50306-3502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Panera Bread**
2040 W Vista
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.50** |
|---|---|---|---|

**Pepsi-Cola**
P.O. Box 75948
Chicago, IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$449.96** |
|---|---|---|---|

**Pepsi-Cola**
P.O. Box 75948
Chicago, IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: trade debt (Joplin RI)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peregrine Corp**
PO Box 14190
Monroe, LA 71207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Plasticard-Lochtech Int'l**
PO BOX 733064
Dallas, TX 75373-2823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: trade debt (Loveland ES)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Platte River Power Auth**
2000 E Horsetown Rd
Fort Collins, CO 80525-5721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pool Supply Unlimited**
1426 E Spruce St
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Proforma**
PO Box 640814
Cincinnati, OH 45264-0814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Push Pedal Pull Inc.**
2306 W 41st Street
Sioux Falls, SD 57105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Queen City Roofing**
3131 W Chestnut Expwy
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ready Care Industries**
15845 E 32nd Ave
Bldg 2 Unit A
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Red Book Connect LLC**
33270 Collection Center Drive
Chicago, IL 60693-0332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Republic National Dist. Co.**
8000 Southpark Terrace
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: trade debt (Loveland ES)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Ricoh USA Inc**
**PO Box 660342**
**Dallas, TX 75266-0342**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Rogers Funding, LLC**
**6900 East Camelback Rd**
**Suite 607**
**Scottsdale, AZ 85251**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Guaranty of loan to JQH-Rogers Convention Center Development, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | | **$260.00** |
|---|---|---|---|

**Ross Industrial Inc**
**3839 Wisconsin**
**Joplin, MO 64804**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt (Joplin RI)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**ROYAL CUP COFFEE**
**P.O.BOX 170971**
**Birmingham, AL 35217**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | | **$542.52** |
|---|---|---|---|

**ROYAL CUP INC**
**PO BOX 206011**
**Dallas, TX 75320**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt (Joplin RI)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Royal Paper Corp**
**10232 Palm Dr**
**Santa Fe Springs, CA 90670**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**RR Donnelley**
**PO Box 932721**
**Cleveland, OH 44193**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ryan's Comet Cleaners**
**2401 E 32nd St**
**Suite 106**
**Joplin, MO 64804**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Saflok**
**PO Box 890247**
**Charlotte, NC 28289-0247**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | **$684.79** |

**Sam's Club Direct**
**PO Box 530930**
**Atlanta, GA 30353-0930**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt (Joplin RI)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Scotchie Aisling Inc.**
**5412 Taylor Ln**
**Fort Collins, CO 80528**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Seacoast Business Funding**
**Xclusive Staffing**
**PO Box 206210**
**Dallas, TX 75320-6210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sertifi**
**350 N. LaSalle**
**Suite 1020**
**Chicago, IL 60654**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt (Loveland ES)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**SFI Belmont, LLC**
**1114 Avenue of the Americas**
**New York, NY 10036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | **$350.34** |
| | **Sherwin-Williams**<br>**2033 W Eisenhower Blvd**<br>**Loveland, CO 80537** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _trade debt (Loveland ES)_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | **$46.96** |
| | **Shoes for Crews LLC**<br>**P.O. Box 504634**<br>**Saint Louis, MO 63150-4634** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _trade debt (Joplin RI)_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Shoes for Crews LLC**<br>**P.O. Box 504634**<br>**Saint Louis, MO 63150-4634** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _trade debt (Loveland ES)_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Simmons First National Bank**<br>**425 W Capitol Ave**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _Guaranty of loan to JQH-San Marcos Development, LLC_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Simmons First National Bank**<br>**425 W Capitol Ave**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _Guaranty of loan to JQH-Normal Development, LLC_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Skillpath / NST Seminars**<br>**PO Box 804441**<br>**Kansas City, MO 64180** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _trade debt (Loveland ES)_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Smart Document Management**<br>**1133 Riverside Ave**<br>**Fort Collins, CO 80524** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: _trade debt (Loveland ES)_ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $931.96 |
|---|---|---|---|

**Smith Consulting Assc Inc**
1314-A Twin Oaks
Jonesboro, AR 72401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt (Joplin RI)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sonifi (Lodgenet) Solutions**
P.O. Box 505225
Saint Louis, MO 63150

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.53 |
|---|---|---|---|

**Staples Business Advantage**
P.O. Box 83689
Chicago, IL 60602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt (Loveland ES, Joplin RI)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Style Media & Design Inc**
211 W Myrtle St
Fort Collins, CO 80521

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt (Loveland ES)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.52 |
|---|---|---|---|

**Summit Supply Inc**
4286 Promontory Ct
Loveland, CO 80537

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt (Loveland ES)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,104.30 |
|---|---|---|---|

**Sysco**
24500 Northwest Freeway
Cypress, TX 77429

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt (Loveland ES)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,944.02 |
|---|---|---|---|

**Sysco**
PO Box 40
Olathe, KS 66051

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt (Joplin RI)__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$377.67** |
| | **Systems Group** | ☐ Contingent | |
| | **800 E 64th Ave Unit 17** | ☐ Unliquidated | |
| | **Denver, CO 80229** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _trade debt (Loveland ES)_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tacony Corporation** | ☐ Contingent | |
| | **c/o Tornado** | ☐ Unliquidated | |
| | **PO Box 730** | ☐ Disputed | |
| | **Fenton, MO 63026-0730** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.30** |
| | **Talx Corp.** | ☐ Contingent | |
| | **4076 Paysphere Circle** | ☐ Unliquidated | |
| | **Chicago, IL 60674-4076** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _trade debt (Joplin RI)_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **The Knowland Group LLC** | ☐ Contingent | |
| | **PO Box 347710** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _trade debt (Loveland ES)_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **The Regal Press Inc** | ☐ Contingent | |
| | **79 Astor Ave** | ☐ Unliquidated | |
| | **Norwood, MA 02062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _trade debt (Loveland ES)_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tiger Inc** | ☐ Contingent | |
| | **Dept 2192** | ☐ Unliquidated | |
| | **1422 E 71st Suite J** | ☐ Disputed | |
| | **Tulsa, OK 74182** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _utility service_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tingue Brown & Company** | ☐ Contingent | |
| | **P.O. Box 824619** | ☐ Unliquidated | |
| | **Philadelphia, PA 19182** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _trade debt (Loveland ES)_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Top Gun Pressure Washing**
500 W 67th St
Loveland, CO 80538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tray Inc**
PO Box 1360
Glen Burnie, MD 21061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYCO INTEGRATED SECURITY**
PO BOX 371967
PITTSBURGH, PA 15250-7967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**U.S. Bank N.A. as Trustee for**
**reg. holders of BofA Comm Mort**
**Series 2007-3**
209 South LaSalle Ste 300
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Guaranty of loan to Richardson Hammons, LP_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**U.S. Bank N.A., as Trustee for**
**registered holders of JPMC**
**Comm Mort Series 2006-LDP7**
209 South LaSalle Ste 300
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Guaranty of loan to Hammons of Lincoln, LLC, Hammons of New Mexico, LLC, Hammons of Oklahoma City, LLC, Hammons of Sioux Falls, LLC Hammons of South Carolina, LLC, Hammons of Tulsa, LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Engineering Co**
3433 Roanoke Rd
Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Uline**
P.O. Box 88741
**Attn: Accounts Receivable**
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,795.00 |
|---|---|---|---|

**Unique Tile**
1364 N Kelly
Nixa, MO 65714

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>trade debt (Loveland ES)</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Rentals**
1926 SE Frontage
Fort Collins, CO 80525

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>trade debt (Loveland ES)</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.30 |
|---|---|---|---|

**Universal Companies Inc.**
18260 Oak Park Drive
Abingdon, VA 24210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>trade debt (Loveland ES)</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,180.00 |
|---|---|---|---|

**Universal Protection Serv**
PO Box 101034
Pasadena, CA 91189-1034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>trade debt (Joplin RI)</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**US Cellular**
Dept 0205
Palatine, IL 60055-0205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**USA Today**
PO Box 677446
Dallas, TX 75267-7446

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>trade debt (Loveland ES)</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Valley View State Bank**
4550 Belleview
Kansas City, MO 64111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Guaranty of loan to Tiffany Greens, Inc.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**     Case number *(if known)* _____
Name

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Viatech Publishing Solutions**
PO Box 503433
Saint Louis, MO 63150-3433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villa Lighting Supply**
2929 Choteau Ave
Saint Louis, MO 63103-2903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $621.64 |
|---|---|---|---|

**Voss Lighting Co.**
P.O. Box 22159
Lincoln, NE 68521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.70 |
|---|---|---|---|

**Walmart Business**
PO Box 530934
Atlanta, GA 30353-0934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Joplin RI)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wannenmacher Advertising**
211 East Walnut Street
Springfield, MO 65806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WCA Waste Corp.**
PO BOX 553166
Detroit, MI 48255-3166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _utility service_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Western Paper District**
PO Box 5292
Denver, CO 80217-5292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**
_____
Name

Case number (if known) _____

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**White River Valley Electric**
**PO Box 1518**
**Branson, MO 65615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _utility service_

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilmington Trust N.A., as**
**Trustee for reg. holders of**
**Wells Fargo Series 2015-C26**
**2100 Ross Ave Ste 2500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _Guaranty of loan to Chateau Lake, LLC_

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**World Cinema Inc.**
**9801 Westheimer #409**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WTS International Inc.**
**3200 Tower Oaks Blvd**
**Suite 400**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _trade debt (Loveland ES)_

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 57,772.34 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 57,772.34 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **To be Supplemented Post-Filing**<br><br><br><br>**1. See Note** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ACC Business Managed Internet Service Pricing Schedule**<br><br>**ACC Business**<br>**PO Box 105306**<br>**Atlanta, GA 30348-5306** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vendor Agreement**<br><br><br>**Ambius Inc**<br>**PO Box 14086**<br>**Reading, PA 19612** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **License Agreement - Hotel and Motel**<br><br><br>**American Society of Composers**<br>**7920 W Sunset Blvd 3rd Floor**<br>**Los Angeles, CA 90046** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest
**AT&T Transfer of Service Agreement**

State the term remaining

List the contract number of any government contract

**AT&T**
**P.O. Box 105068**
**Atlanta, GA 30348-5068**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest
**Atlas Monitoring Contract**

State the term remaining

List the contract number of any government contract

**Atlas Security Service Inc**
**1309 E REPUBLIC RD**
**Springfield, MO 65804**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest
**Music Service Agreement**

State the term remaining

List the contract number of any government contract

**Audio Acoustics Inc.**
**Payment Processing Center**
**800 N Cedarbrook Avenue**
**Springfield, MO 65802-2522**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest
**Lease Agreement for 2456 N Kansas Expressway, Springfield, Missouri 65803, as amended and assigned 06/30/2018**

State the term remaining

List the contract number of any government contract

**Benchmark One, Inc.**
**2448 S Brandon**
**Springfield, MO 65809**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest
**BMI Music Performance Agreement**

State the term remaining

List the contract number of any government contract

**Broadcast Music Inc.**
**10 Music Square East**
**Nashville, TN 37203-4399**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest
**Centurylink Total Advantage**

**CenturyLink**
**PO Box 29040**
**Phoenix, AZ 85038-9040**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Cintas Uniform Rental Agreement**

State the term remaining

List the contract number of any
government contract

**Cintas**
**3950 NE 33rd Terrace**
**Kansas City, MO 64117**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Exposition Center Operating Agreement**

State the term remaining

List the contract number of any
government contract

**City of Springfield**
**PO BOX 8368**
**Springfield, MO 65801**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Delta Air Lines, Inc. Hotel Room Agreement**

State the term remaining

List the contract number of any
government contract

**Delta Airlines, Inc.**
**PO Box 20706**
**Atlanta, GA 30320-6001**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

**Master Dishmachine Lease Agreement / Ecolab Pest Elimination**

State the term remaining

List the contract number of any
government contract

**Ecolab Inc**
**PO Box 70343**
**Chicago, IL 60673-0343**

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any
government contract

**Five-Star AudioVisual Mgmt**
**127 Ambassador Drive #111**
**Naperville, IL 60540**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Contractor Services Agreement**

State the term remaining

List the contract number of any government contract

**GMH Advanced Staffing Services**
**305 Wimbledon Dr**
**Branson, MO 65616-4028**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Innfinity Hospitality Systems Site License Agreement**

State the term remaining

List the contract number of any government contract

**INNfinity Hospitality Systems**
**1620 Alpine Blvd #214**
**Alpine, CA 91901**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Sponsor Entity Right of First Refusal Agreement dated September 16, 2005**

State the term remaining

List the contract number of any government contract

**JD Holdings, LLC**
**c/o Jonathan D. Eilian**
**152 West 57th St, 56th Floor**
**New York, NY 10023**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Agreement and Amendment dated December 10, 2008**

State the term remaining

List the contract number of any government contract

**JD Holdings, LLC**
**c/o Jonathan D. Eilian**
**152 West 57th St, 56th Floor**
**New York, NY 10023**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Kone National Agreement**

State the term remaining

List the contract number of any government contract

**Kone Inc**
**6082**
**PO Box 7247**
**Philadelphia, PA 19170**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Franchise Agreement for Residence Inn Joplin MO**

State the term remaining

**Marriott International Inc**
**Franchise Attorney**
**Law Department 52/923.25**
**10400 Fernwood Road**
**Bethesda, MD 20817**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **MDU Agreement for CATV and Medicom Online Services / Mediacom Business Facilities Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MCC Missouri, LLC** |
| | List the contract number of any government contract | | **3200 Broadway Ave** **Kansas City, MO 64111** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri State Sports Properties, LLC** | |
|---|---|---|---|
| | State the term remaining | | **Missouri State Sports Props** |
| | List the contract number of any government contract | | **901 S National Ave** **Hammons Student Center** **Springfield, MO 65897** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Mobilemoney Space Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mobilemoney** |
| | List the contract number of any government contract | | **930 Calle Negocio # A** **San Clemente, CA 92673** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Newmarket International, Inc. Order Form** | |
|---|---|---|---|
| | State the term remaining | | **Nemarket Int'l** |
| | List the contract number of any government contract | | **75 New Hampshire Avenue** **Portsmouth, NH 03801** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **One Stop Hospitality, LLC Room Directories** | |
|---|---|---|---|
| | State the term remaining | | **One Stop Hospitality, LLC** |
| | List the contract number of any government contract | | **1001 E Harmony Rd #523** **Fort Collins, CO 80525** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Oracle Software License and Service Agreement / Oracle eCommerce Marketing and Management Services** |
| State the term remaining | **Oracle America Inc.** |
| List the contract number of any government contract | **500 Oracle Parkway** <br> **Redwood City, CA 94065** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **Coke Agreement** |
| State the term remaining | **Ozarks Coca-Cola/Dr Pepper** |
| List the contract number of any government contract | **PO Box 11250** <br> **Springfield, MO 65808** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement for Embassy Suites Loveland CO** |
| State the term remaining | **Promus Hotels Inc** |
| List the contract number of any government contract | **9336 Civic Center Drive** <br> **Beverly Hills, CA 90210** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Ricoh Lease Agreement** |
| State the term remaining | **Ricoh USA Inc** |
| List the contract number of any government contract | **PO Box 660342** <br> **Dallas, TX 75266-0342** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **Saflok National Svc Agreement** |
| State the term remaining | **Saflok** |
| List the contract number of any government contract | **PO Box 890247** <br> **Charlotte, NC 28289-0247** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **ServiceWorld Service Level Contract**    **ServiceWorld Computer Center** <br> **1409 W Sunshine St** <br> **Springfield, MO 65807** |

Debtor 1    **The Revocable Trust of John Q. Hammons dated**
**December 28, 1989 as Amended and Restated**
First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract    _____

---

**2.33.**  State what the contract or lease is for and the nature of the debtor's interest

**SESAC, Inc. Hotel, Motel, Resort Group Performance Contract**

State the term remaining

List the contract number of any government contract

**SESAC, Inc.**
**35 Music Square East**
**Nashville, TN 37203**

---

**2.34.**  State what the contract or lease is for and the nature of the debtor's interest

**Star Contract**

State the term remaining

List the contract number of any government contract

**Smith Travel Research, Inc.**
**735 E Main St**
**Hendersonville, TN 37075**

---

**2.35.**  State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for 4035 S Campbell, Springfield, Missouri 65807, as amended and assigned 06/30/2018**

State the term remaining

List the contract number of any government contract

**SS Pizza, Inc.**
**2448 S Brandon**
**Springfield, MO 65809**

---

**2.36.**  State what the contract or lease is for and the nature of the debtor's interest

**Starbucks Equipment and Marketing Material Agreement**

State the term remaining

List the contract number of any government contract

**Starbucks Coffee Co.**
**P.O. Box 74008016**
**Chicago, IL 60674-8016**

---

**2.37.**  State what the contract or lease is for and the nature of the debtor's interest

**MDA as amended**

State the term remaining

List the contract number of any government contract

**Sysco**
**P.O. Box 305138**
**Nashville, TN 37230**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.38.** State what the contract or lease is for and the nature of the debtor's interest

**Marketing and Management Services Agreement**

State the term remaining

List the contract number of any government contract

**TIG Global LLC**
**5550 Friendship Blvd**
**Chevy Chase, MD 20815**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

**Travelclick Services Agreement**

State the term remaining

List the contract number of any government contract

**TravelClick**
**P.O. Box 71199**
**Chicago, IL 60694**

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

**Uniguest Custom Guest Directory Agreement**

State the term remaining

List the contract number of any government contract

**Uniguest Inc.**
**P.O. Box 306225**
**Nashville, TN 37230-6225**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

**Vending Management Agreement**

State the term remaining

List the contract number of any government contract

**Universal Vending Management**
**425 N Ave E**
**Westfield, NJ 07090**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

**MCI Service Agreement**

State the term remaining

List the contract number of any government contract

**Verizon Business**
**P.O. Box 15043**
**Albany, NY 12212-5043**

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for 500 S Glenstone, Springfield, Missouri 65802, as amended and assigned**

**Wilks & Greer, Inc.**
**500 S Glenstone**
**Springfield, MO 65802**

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **06/30/2018** | |
| | List the contract number of any government contract | _____ | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Windstream Amendment to High Speed Internet Support** | |
| | State the term remaining | | **Windstream Communications** |
| | List the contract number of any government contract | _____ | **P.O. Box 9001908** **Louisville, KY** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Satellite Programming License** | |
| | State the term remaining | | **World Cinema Inc.** |
| | List the contract number of any government contract | _____ | **9801 Westheimer #409** **Houston, TX 77042** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Chateau Lake LLC** | **300 John Q Hammons Parkway Suite 900 Springfield, MO 65806** | **Wilmington Trust N.A., as** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Hammons of Huntsville LLC** | **300 John Q Hammons Parkway Suite 900 Springfield, MO 65806** | **Deutsche Bank Trust Co, as** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Hammons of Lincoln LLC** | **300 John Q Hammons Parkway Suite 900 Springfield, MO 65806** | **U.S. Bank N.A., as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Hammons of New Mexico LLC** | **300 John Q Hammons Parkway Suite 900 Springfield, MO 65806** | **U.S. Bank N.A., as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| | The Revocable Trust of John Q. Hammons dated | Case number *(if known)* | |
|---|---|---|---|
| Debtor | December 28, 1989 as Amended and Restated | | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Hammons of Oklahoma City LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **U.S. Bank N.A., as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Hammons of Sioux Falls LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **U.S. Bank N.A., as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Hammons of South Carolina LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **U.S. Bank N.A., as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Hammons of Tulsa LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **U.S. Bank N.A., as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Hammons, Inc.** | | **SFI Belmont, LLC** | ☐ D _____ ☑ E/F __3.179__ ☐ G _____ |
| 2.10 | **John Q Hammons Fall 2006 LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **Barclays Capital Real Estate** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.11 | **John Q. Hammons Hotels** | **Development, LLC** | **SFI Belmont, LLC** | ☐ D _____ ☑ E/F __3.179__ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 16-21140    Doc# 1    Filed 06/26/16    Page 86 of 104

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | JQH - Allen Development LLC | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Deutsche Bank Trust Co, as | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.13 | JQH - Concord Development LLC | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Deutsche Bank Trust Co, as | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.14 | JQH - East Peoria Development | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Morton Community Bank | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.15 | JQH - Ft Smith Development LLC | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | First National Bank of Fort | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.16 | JQH - Glendale, AZ Development | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Deutsche Bank Trust Co, as | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.17 | JQH - Kansas City Development | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Deutsche Bank Trust Co, as | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.18 | JQH - La Vista Conference | Center Development LLC 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | First National Bank of Omaha | ☐ D _____ ☐ E/F _____ ☐ G _____ |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.19 | JQH - La Vista CY Development | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | First National Bank of Omaha | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.20 | JQH - La Vista III Development | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | First National Bank of Omaha | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.21 | JQH - Murfreesboro Development | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Deutsche Bank Trust Co, as | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.22 | JQH - Normal Development LLC | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Simmons First National Bank | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.23 | JQH - Norman Development LLC | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Deutsche Bank Trust Co, as | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.24 | JQH - Oklahoma City Bricktown | Development LLC 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Hawthorn Bank | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.25 | JQH - Rogers Convention | Center Development LLC 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Rogers Funding, LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.26 | **JQH - San Marcos Development** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **City of San Marcos** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.27 | **JQH-Lake of the Ozarks** | Development LLC 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **Marina Investments LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.28 | **JQH-Springfield Courthouse LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **Empire Bank** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.29 | **JQH-Springfield Tower, LLC** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **Barclays Capital Real Estate** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.30 | **Richardson Hammons LP** | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | **U.S. Bank N.A. as Trustee for** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Official Form 206H
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 5 of 5
Best Case Bankruptcy

Case 16-21140    Doc# 1    Filed 06/26/16    Page 89 of 104

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2016**        X **/s/ Jacqueline A Dowdy**
_____
Signature of individual signing on behalf of debtor

**Jacqueline A Dowdy**
Printed name

**Successor Trustee**
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name       **The Revocable Trust of John Q. Hammons dated December 28, 1989 as Amended and Restated**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$14,393,114.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$22,529,269.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$21,223,245.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **Interest / Dividend Income** | **$3,143,824.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **Interest / Dividend / Capital Gains Income** | **$1,006,744.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | **Interest / Dividend / Capital Gains Income** | **$5,194,387.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **To Be Supplemented Post-Filing** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Jacqueline A Dowdy**<br>**300 John Q Hammons Parkway**<br>**Suite 900**<br>**Springfield, MO 65806**<br>**Successor Trustee** | **03/2016** | **$175,000.00** | **salary** |
| 4.2.    **To Be Supplemented Post-Filing** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SFI Belmont, LLC v. John Q. Hammons Hotels Development, LLC, Jacqueline Dowdy and Greggory Groves as successor trustees of the Revocable Trust of John Q. Hammons, dated December 28, 1989, as amended and restated, and Hammons, Inc.**<br>**2015 CH 16210** | **Civil** | **Circuit Court of Cook County, Illinois County Department, Chancery Division Daley Center 50 W. Washington St., Rm. 2308 Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **SFI Belmont, LLC v. John Q. Hammons Hotels Development, LLC, Jacqueline Dowdy and Greggory Groves as successor trustees of the Revocable Trust of John Q. Hammons, dated December 28, 1989, as amended and restated, and Hammons, Inc.**<br>**2013 CH 18740** | **Civil** | **Circuit Court of Cook County, Illinois County Department, Chancery Division Daley Center 50 W. Washington St., Rm. 2308 Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **SFI Belmont, LLC v. John Q. Hammons Hotels Development, LLC, Jacqueline Dowdy and Greggory Groves as successor trustees of the Revocable Trust of John Q. Hammons, dated December 28, 1989, as amended and restated, and Hammons, Inc.**<br>**2013 CH 27418** | **Civil** | **Circuit Court of Cook County, Illinois County Department, Chancery Division Daley Center 50 W. Washington St., Rm. 2308 Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **JD Holdings, L.L.C. v. Jacqueline A. Dowdy, as Trustee of The Revocable Trust of John Q. Hammons, Dated December 28, 1989, as Amended and Restated, et al.**<br>**C.A. No. 7480-VCL** | **Contract** | **Court of Chancery, State of Delaware 500 N. King St. Ste 1551 Wilmington, DE 19801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Interquest North No. 1 LLC v. John Q. Hammons Colorado Springs, LLC et al.**<br>**1431-CC00235** | **Contract** | **Circuit Court of Greene County, Missouri 1010 North Boonville Springfield, MO 65802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Drury University**<br>**900 N. Benton Ave**<br>**Springfield, MO 65802** | **Charital Donations** | **06/30/14,<br>7/31/14,<br>8/31/14,<br>9/30/14,<br>10/31/14,<br>11/30/14,<br>12/31/14,<br>1/31/15,<br>2/28/15,<br>3/31/15,<br>4/30/15,<br>5/31/15,<br>6/30/15,<br>7/31/15, 8/31/15** | **$2,159,821.22** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **USA TODAY**<br>**P.O. BOX 677446**<br>**DALLAS, TX 75267** | **Charitable Donations** | **06/04/14** | **$15,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **Mercy Health Foundation**<br>**1701 Mercy Health Place**<br>**Cincinnati, OH 45237** | **Charitable Donation** | **06/29/15** | **$100,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **Missouri State University**<br>**Foundation**<br>**300 S Jefferson Ave**<br>**Suite 100**<br>**Springfield, MO 65806** | **Charitable Donations** | **10/01/14,<br>03/30/15,<br>09/23/15,<br>03/31/16** | **$3,773,149.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.5. | **Laurene Edmonson**<br>**Elementary School**<br>**307 W 49th St**<br>**Loveland, CO 80538** | **Charitable Donations** | **1/2014, 2/2015** | **$1,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **Runlimited**<br>**4120 Red Fox Road**<br>**Fort Collins, CO 80526** | **Payment for Race Timing for Phantom 5k Run** | **10/2015, 11/2015** | **$1,826.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.7. | **Six Dog T-shirt Co**<br>**304 W Prospect Rd**<br>**Fort Collins, CO 80524** | **Payment for T-Shirts for Phantom 5k Run** | **11/2015** | **$2,715.62** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.8. | **Boys and Girls Club**<br>**of Springfield**<br>**1410 N Fremont Ave**<br>**Springfield, MO 65802** | **Charitable Donation** | **4/2014** | **$5,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.9. | **Breast Cancer Foundation**<br>**of the Ozarks**<br>**620 W Republic Rd**<br>**Springfield, MO 65807** | **Charitable Donation** | **10/2014** | **$1,650.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.10. | **James River Assembly of**<br>**God**<br>**6100 N 19th St**<br>**Ozark, MO 65721** | **Charitable Donation** | **10/2014** | **$1,020.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.11. | **People Centric**<br>**429 W Walnut**<br>**Springfield, MO 65806** | **Donation for Charity Event** | **5/2015** | **$2,100.31** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Stinson Leonard Street LLP**<br>**1201 Walnut**<br>**Suite 2900**<br>**Kansas City, MO 64106** | | **02/10/16** | **$100,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2.  **Stinson Leonard Street LLP**<br>**1201 Walnut**<br>**Suite 2900**<br>**Kansas City, MO 64106** | | **04/13/2016** | **$500,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3.  **Stinson Leonard Street LLP**<br>**1201 Walnut**<br>**Suite 2900**<br>**Kansas City, MO 64106** | | **06/21/2016** | **$135,643.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

Case 16-21140    Doc# 1    Filed 06/26/16    Page 96 of 104

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | | | **06/20/2016** | |
| | **Stinson Leonard Street LLP**<br>**1201 Walnut**<br>**Suite 2900**<br>**Kansas City, MO 64106** | | **Note: $100,000 paid to Merrick Baker Strauss PC** | **$1,500,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Perkins Coie LLP**<br>**131 South Dearborn Street,**<br>**Suite 1700**<br>**Chicago, IL 60603-5559** | | **January 4, 2016 - June 23, 2016** | **$1,045,355.81** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Address, Telephone Number, Email Address, Payment Information (hotels only)**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Bank of Oklahoma**<br>**P.O. Box 2300**<br>**Tulsa, OK 74192-0001** | **XXXX-9074** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **February 17, 2016** | **$2,282,877.93** |
| 18.2. | **Valley View Bank**<br>**7500 West 95th Street**<br>**Overland Park, KS 66212** | **XXXX-8577** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **December 14, 2015** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Central Bank of the Ozarks P.O. Box 4500 Jefferson City, MO 65102** | **Jacqueline Anne Dowdy, Successor Trustee Lynn Harman 300 John Q. Hammons Parkway, Suite 900 Springfield, MO 65806-2550 P.O. Box 4500 Jefferson City, MO 65102** | **Trust Documents** | ☐ No ■ Yes |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **To be Supplemented**<br>**Post-Filing**<br>**See Schedule B** | | **Dates business existed**<br><br>**EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **John Q Hammons Hotels**<br>**Management LLC**<br>**300 John Q Hammons Parkway**<br>**Suite 900**<br>**Springfield, MO 65806** | **10+ Years** |
| 26a.2.   **BKD LLP**<br>**910 E St Louis Street**<br>**Suite 400**<br>**Springfield, MO 65806** | **10+ Years** |
| 26a.3.   **Winegardner and Hammons Inc.**<br>**4243 Hunt Rd**<br>**Cincinnati, OH 45242** | **10+Years** |
| 26a.4.   **JQH Accounting Services LLC**<br>**4243 Hunt Rd**<br>**Cincinnati, OH 45242** | **10+ Years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **John Q Hammons Hotels Management LLC**<br>**300 John Q Hammons Parkway**<br>**Suite 900**<br>**Springfield, MO 65806** | |
| 26c.2.   **BKD LLP**<br>**910 E St Louis Street**<br>**Suite 400**<br>**Springfield, MO 65806** | |
| 26c.3.   **JQH Accounting Services LLC**<br>**300 John Q Hammons Parkway**<br>**Suite 900**<br>**Springfield, MO 65806** | |
| 26c.4.   **Deloitte and Touche**<br>**250 E 5th St**<br>**#1900**<br>**Cincinnati, OH 45202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Bank of Blue Valley**<br>**11935 Riley**<br>**Overland Park, KS 66213** |
| 26d.2.   **Berkadia**<br>**323 Norristown Road**<br>**Suite 300**<br>**Ambler, PA 19002-2758** |
| 26d.3.   **Dun & Bradstreet**<br>**3501 Corporate Parkway**<br>**Center Valley, PA 18034-8232** |
| 26d.4.   **Central Bank of the Ozarks**<br>**1800 South Glenstone**<br>**Springfield, MO 65804** |
| 26d.5.   **Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** |
| 26d.6.   **First National Bank of Ft. Smith**<br>**602 Garrison Avenue**<br>**Fort Smith, AR 72902** |
| 26d.7.   **First National Bank of Omaha**<br>**11404 West Dodge Road**<br>**3rd Floor**<br>**Omaha, NE 68154** |
| 26d.8.   **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** |

| **Name and address** |
|---|

| 26d.9. | **Hawthorn Bank**<br>321 W. Battlefield<br>Springfield, MO 65807 |
|---|---|
| 26d.10. | **Marsh USA Inc**<br>1000 Ridgeway Loop Road<br>Memphis, TN 38120 |
| 26d.11. | **Marsh/National Security Center**<br>1111 Northshore Drive<br>Suite N-550<br>Knoxville, TN 37919 |
| 26d.12. | **Morton Community Bank**<br>2400 E Washington Street<br>East Peoria, IL 61611 |
| 26d.13. | **Oakstar Bank**<br>1020 East Battlefield<br>Springfield, MO 65807 |
| 26d.14. | **PlainsCapital Bank**<br>2323 Victory Avenue<br>Suite 300<br>Dallas, TX 75219 |
| 26d.15. | **Plains National Bank of West Texas**<br>2911 Total Creek Boulevard<br>#700<br>Dallas, TX 75219 |
| 26d.16. | **Prudential Mortgage Capital Company LLC**<br>2100 Ross Avenue<br>Suite 2500<br>Dallas, TX 75201-6732 |
| 26d.17. | **Simmons First National Bank**<br>425 W Capitol Ave<br>Little Rock, AR 72201 |
| 26d.18. | **Trimont Real Estate Advisors**<br>3424 Peachtree Rd<br>Suite 2200<br>Atlanta, GA 30326 |
| 26d.19. | **Valley View Bank**<br>7500 West 95th Street<br>Overland Park, KS 66212 |
| 26d.20. | **Goldman Sachs Mortgage Co.**<br>200 W Street<br>New York, NY 10282 |
| 26d.21. | **iStar Financial Inc**<br>1114 Avenue of the Americas<br>27th Floor<br>New York, NY 10036 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacqueline A Dowdy | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Successor Trustee | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greggory D Groves | 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | Successor Trustee | N/A |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jacqueline A Dowdy 300 John Q Hammons Parkway Suite 900 Springfield, MO 65806 | 175,000 | 03/2016 | salary |
| | Relationship to debtor Successor Trustee | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2016**

**/s/ Jacqueline A Dowdy** _____
Signature of individual signing on behalf of the debtor

**Jacqueline A Dowdy** _____
Printed name

Position or relationship to debtor  **Successor Trustee** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes