## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JUNCTION CITY CATERING CO.,** | ) | **Case No. 16-21139** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **REVOCABLE TRUST OF JOHN Q.** | ) | |
| **HAMMONS DATED DECEMBER 28, 1989 AS** | ) | **Case No. 16-21140** |
| **AMENDED AND RESTATED,** | ) | |
| | ) | |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JOHN Q. HAMMONS FALL 2006, LLC,** | ) | |
| | ) | **Case No. 16-21142** |
| **Debtor.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ACLOST, LLC,** | ) | |
| | ) | **Case No. 16-21145** |
| **Debtor.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **HAMMONS OF OKLAHOMA CITY, LLC,** | ) | |
| | ) | **Case No. 16-21157** |
| **Debtor.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **HAMMONS OF SOUTH CAROLINA, LLC,** | ) | |
| | ) | **Case No. 16-21160** |
| **Debtor.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **HAMMONS OF LINCOLN, LLC** | ) | |

|  |  |
|---|---|
| Debtor. | )<br>) Case No. 16-21163<br>) |

In re:                                      )
                                            )
**HAMMONS OF NEW MEXICO LLC,**              )
                                            )  Case No. 16-21165
        Debtor.                            )
                                            )

In re:                                      )
                                            )
**HAMMONS OF TULSA, LLC**                   )
                                            )  Case No. 16-21167
        Debtor.                            )
                                            )

In re:                                      )
                                            )
**HAMMONS OF SIOUX FALLS, LLC,**            )
                                            )  Case No. 16-21172
        Debtor.                            )
                                            )

In re:                                      )
                                            )
**HAMMONS OF RICHARDSON, LLC,**             )
                                            )  Case No. 16-_____
        Debtor.                            )
                                            )

In re:                                      )
                                            )
**RICHARDSON HAMMONS LP,**                  )
                                            )  Case No. 16-_____
        Debtor.                            )
                                            )

In re:                                      )
                                            )
**HAMMONS OF FRANKLIN, LLC,**               )
                                            )  Case No. 16-_____
        Debtor.                            )
                                            )

In re:                                      )
                                            )
**JOHN Q. HAMMONS HOTELS**                  )

2

**DEVELOPMENT, LLC,**

     **Debtor.**

)    **Case No. 16-21144**
)
)

**In re:**

**JQH – CONCORD DEVELOPMENT, LLC,**

     **Debtor.**

)
)
)
)    **Case No. 16-21150**
)
)

**In re:**

**HAMMONS OF HUNTSVILLE, LLC,**

     **Debtor.**

)
)
)
)    **Case No. 16-21154**
)
)

**In re:**

**JQH – FT. SMITH DEVELOPMENT, LLC,**

     **Debtor.**

)
)
)
)    **Case No. 16-21159**
)
)

**In re:**

**JQH – EAST PEORIA DEVELOPMENT, LLC,**

     **Debtor.**

)
)
)
)    **Case No. 16-21164**
)
)

**In re:**

**JQH – GLENDALE AZ DEVELOPMENT, LLC,**

     **Debtor.**

)
)
)
)    **Case No. 16-21169**
)
)

**In re:**

**JQH – SAN MARCOS DEVELOPMENT, LLC,**

     **Debtor.**

)
)
)
)    **Case No. 16-21171**
)
)

**In re:**

)
)

3

**JOHN Q. HAMMONS 2015 LOAN HOLDINGS LLC,**

        **Debtor.**

)
)
)
)

**Case No. 16-21146**

---

**In re:**

**JQH – ALLEN DEVELOPMENT, LLC,**

        **Debtor.**

)
)
)
)
)
)

**Case No. 16-21174**

---

**In re:**

**JQH – KANSAS CITY DEVELOPMENT LLC,**

        **Debtor.**

)
)
)
)
)
)

**Case No. 16-21177**

---

**In re:**

**JQH – NORMAN DEVELOPMENT LLC,**

        **Debtor.**

)
)
)
)
)
)

**Case No. 16-21180**

---

**In re:**

**CHATEAU LAKE, LLC,**

        **Debtor.**

)
)
)
)
)
)

**Case No. 16-21183**

---

**In re:**

**JQH – LA VISTA III DEVELOPMENT, LLC,**

        **Debtor.**

)
)
)
)
)
)

**Case No. 16-21186**

---

**In re:**

**LA VISTA CONFERENCE CENTER DEVELOPMENT, LLC,**

        **Debtor.**

)
)
)
)
)
)

**Case No. 16-21189**

4

| | |
|---|---|
| In re: | ) |
| | ) |
| **JQH – MURFREESBORO DEVELOPMENT,** | ) |
| **LLC,** | )    **Case No. 16-21191** |
| | ) |
|     **Debtor.** | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| **JQH – NORMAL DEVELOPMENT, LLC,** | ) |
| | )    **Case No. 16-21194** |
|     **Debtor.** | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| **JQH – OKLAHOMA CITY BRICKTOWN** | ) |
| **DEVELOPMENT, LLC,** | )    **Case No. 16-21197** |
| | ) |
|     **Debtor.** | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| **JQH – ROGERS CONVENTION CENTER** | ) |
| **DEVELOPMENT, LLC,** | )    **Case No. 16-21199** |
| | ) |
|     **Debtor.** | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| **JQH - LA VISTA CY DEVELOPMENT, LLC,** | ) |
| | )    **Case No. 16-21201** |
|     **Debtor.** | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| **HAMMONS OF ROGERS, INC.,** | ) |
| | )    **Case No. 16-21173** |
|     **Debtor.** | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| **JOHN Q. HAMMONS HOTELS** | ) |
| **MANAGEMENT I CORPORATION,** | )    **Case No. 16-21148** |
| | ) |

5

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| Debtor.                                            | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |
|                                                    | )   |                       |
| **JOHN Q. HAMMONS HOTELS**                         | )   |                       |
| **MANAGEMENT II, LP,**                             | )   | Case No. 16-21151     |
|                                                    | )   |                       |
| Debtor.                                            | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |
|                                                    | )   |                       |
| **JOHN Q. HAMMONS HOTELS**                         | )   |                       |
| **MANAGEMENT, LLC,**                               | )   | Case No. 16-21153     |
|                                                    | )   |                       |
| Debtor.                                            | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |
|                                                    | )   |                       |
| **JQH – OLATHE DEVELOPMENT, LLC,**                 | )   |                       |
|                                                    | )   | Case No. 16-21141     |
| Debtor.                                            | )   |                       |
|                                                    | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |
|                                                    | )   |                       |
| **JQH - LAKE OF THE OZARKS**                       | )   |                       |
| **DEVELOPMENT, LLC,**                              | )   | Case No. 16-21147     |
|                                                    | )   |                       |
| Debtor.                                            | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |
|                                                    | )   |                       |
| **BRICKTOWN RESIDENCE CATERING CO,**               | )   |                       |
| **INC.,**                                          | )   | Case No. 16-21152     |
|                                                    | )   |                       |
| Debtor.                                            | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |
|                                                    | )   |                       |
| **CHATEAU CATERING CO., INC.,**                    | )   |                       |
|                                                    | )   | Case No. 16-21156     |
| Debtor.                                            | )   |                       |
|                                                    | )   |                       |

|                                                    |     |                       |
| -------------------------------------------------- | --- | --------------------- |
| In re:                                             | )   |                       |

6

CIVIC CENTER REDEVELOPMENT CORP., )
                                       )
                                       )   **Case No. 16-21161**
       Debtor.                     )
                                         )

**In re:** )
                                         )
**CONCORD GOLF CATERING CO., INC.,** )
                                         )   **Case No. 16-21168**
       Debtor.                     )
                                         )

**In re:** )
                                         )
**CONCORD HOTEL CATERING CO., INC.,** )
                                         )   **Case No. 16-21176**
       Debtor.                     )
                                         )

**In re:** )
                                         )
**EAST PEORIA CATERING CO, INC.,** )
                                         )   **Case No. 16-21181**
       Debtor.                     )
                                         )

**In re:** )
                                         )
**FORT SMITH CATERING CO., INC.,** )
                                         )   **Case No. 16-21184**
       Debtor.                     )
                                         )

**In re:** )
                                         )
**FRANKLIN/CRESCENT CATERING CO.,** )
**INC.,** )
                                         )   **Case No. 16-21187**
                                         )
       Debtor.                     )

**In re:** )
                                         )
**GLENDALE COYOTES CATERING CO.,** )
**INC.,** )
                                         )   **Case No. 16-21192**
                                         )
       Debtor.                     )

**In re:**                                               )
                                                         )
**GLENDALE COYOTES HOTEL CATERING**                      )
**CO., INC.,**                                           )     **Case No. 16-21196**
                                                         )
      **Debtor.**          )


**In re:**                                               )
                                                         )
**HAMMONS, INC.,**                                       )
                                                         )     **Case No. 16-21143**
      **Debtor.**          )
                                                         )


**In re:**                                               )
                                                         )
**HAMMONS OF COLORADO, LLC,**                            )
                                                         )     **Case No. 16-21200**
      **Debtor.**          )
                                                         )


**In re:**                                               )
                                                         )
**HAMPTON CATERING CO., INC.,**                          )
                                                         )     **Case No. 16-21203**
      **Debtor.**          )
                                                         )


**In re:**                                               )
                                                         )
**HOT SPRINGS CATERING CO., INC.,**                      )
                                                         )     **Case No. 16-21204**
      **Debtor.**          )
                                                         )


**In re:**                                               )
                                                         )
**HUNTSVILLE CATERING, LLC,**                            )
                                                         )     **Case No. 16-21202**
      **Debtor.**          )
                                                         )


**In re:**                                               )
                                                         )
**INTERNATIONAL CATERING CO., INC.,**                    )
                                                         )     **Case No. 16-21205**
      **Debtor.**          )
                                                         )

8

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **JOPLIN RESIDENCE CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21206** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **JQH – PLEASANT GROVE DEVELOPMENT, LLC,** | ) | |
| | ) | **Case No. 16-21207** |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **KC RESIDENCE CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21149** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **LA VISTA CY CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21155** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **LA VISTA ES CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21158** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **LINCOLN P STREET CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21162** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **LOVELAND CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21166** |
| Debtor. | ) | |
| | ) | |

9

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MANZANO CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21170** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **MURFREESBORO CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21175** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **NORMAL CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21178** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **OKC COURTYARD CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21179** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **R-2 OPERATING CO., INC.,** | ) | |
| | ) | **Case No. 16-21182** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **ROGERS ES CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21185** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **SGF – COURTYARD CATERING CO., INC.,** | ) | |
| | ) | **Case No. 16-21188** |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | |

10

| | |
|---|---|
| SIOUX FALLS CONVENTION/ARENA | ) |
| CATERING CO., INC., | ) Case No. 16-21190 |
| | ) |
| Debtor. | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| ST. CHARLES CATERING CO., INC., | ) |
| | ) Case No. 16-21193 |
| Debtor. | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| TULSA/169 CATERING CO., INC., | ) |
| | ) Case No. 16-21195 |
| Debtor. | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) |
| U.P. CATERING CO., INC., | ) |
| | ) Case No. 16-21198 |
| Debtor. | ) |
| | ) |

## MOTION FOR JOINT ADMINISTRATION

COME NOW the above-captioned debtors (collectively, the "Debtors") and hereby request that the Court enter an order granting this motion (the "Motion") for joint administration of these chapter 11 cases. In support of this Motion, Debtors respectfully represent as follows:

1.     On June 26, 2016 (the "Commencement Date") the Debtors commenced chapter 11 bankruptcy cases by filing their bankruptcy petitions.

2.     Since the Commencement Date, the Debtors have continued in possession of their property and control of their operations pursuant to §§ 1107 and 1108 of title 11 of the United States Code (the "Bankruptcy Code").

3.     The Court has jurisdiction of this motion pursuant to 28 U.S.C. § 1334(a). This is

11

a core proceeding pursuant to 28 U.S.C. § 157(b)(A) in that it concerns the administration of the estate.

## BACKGROUND

4.       The Debtors in these chapter 11 cases consist of the Revocable Trust of John Q. Hammons, Dated December 28, 1989 as Amended and Restated (the "Trust"), and 71 of its directly or indirectly wholly owned subsidiaries and affiliates.  The Debtors collectively operate as an enterprise known as John Q. Hammons Hotels & Resorts ("JQH").

5.       The Trust's wholly owned subsidiary and the manager of all of JQH's hotels, John Q. Hammons Hotels Management, LLC, employs more than 4,000 people throughout the United States.  Moreover, the Trust and certain of its affiliates own nearly three dozen hotels, as well as numerous and varied other assets, such as: (a) approximately 35 parcels of undeveloped real estate in 12 states (Kansas, Arkansas, Colorado, Iowa, Missouri, Nevada, New Mexico, North Carolina, Oklahoma, Texas, Utah and Wisconsin); and (b) the Joplin Convention & Trade Center in Joplin, Missouri.  The Trust is also one of the largest owners of real estate in Springfield, Missouri where its buildings include:  (i) the Enterprise Building, (ii) a Mini Storage facility, (iii) the JQH Office Building, (iv) Hammons Field (the home of the Springfield Cardinals, the Double-A Texas League affiliate of the St. Louis Cardinals), (v) Kinser House, (vi) the John Q. Hammons Missouri Sports Hall of Fame, (vii) the Jordan Valley Car Park (a parking garage with 970 spaces), and (viii) a residence in Southern Hills.

6.       In the 1950s, John Q. Hammons recognized a growing need for quality hotels throughout the country.  As a successful real estate investor and developer, Mr. Hammons had the experience and knowledge required to achieve his ambitions.  In 1958, he partnered with Roy Winegardner, and the two purchased ten Holiday Inn Hotel franchises.  These properties were immediately successful and served as an early indicator of Mr. Hammons' future success in the

12

industry.

7.      The partners went on to found Winegardner and Hammons, Inc. and developed a total of 67 Holiday Inn Hotels.  In 1969, Mr. Hammons formed an additional company, John Q. Hammons Hotels, Inc., and relied on his own strategies and acumen for site selection.  The company's portfolio quickly grew to include Embassy Suites, Marriott, Sheraton and Radisson Hotels as well as several independently branded hotels and resorts.

8.      In 1994, Mr. Hammons took his company public and launched a new era of hotel development.  Today, the company is once again privately owned, currently operating 35 hotels in 16 states.

9.      Mr. Hammons died on May 26, 2013 at the age of 94.  Over the course of his impressive 52-year career in the lodging industry, Mr. Hammons developed 210 hotel properties in 40 states and was honored with numerous lifetime achievement awards, including "Hotelier of the World."

10.     Today, the group of affiliated companies operate hotels independently as well as under the flags of Embassy Suite by Hilton, IHG (Holiday Inn Express), Marriott (Courtyard by Marriott, Marriott, and Residence Inn), and Starwood.  The hotels are located in Alabama, Arizona, Arkansas, Colorado, Illinois, Kansas, Missouri, Nebraska, New Mexico, North Carolina, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, and  Virginia.  Several of the properties serve as convention centers.  The affiliated companies comprise an integrated family of hotel companies that, in the aggregate, is one of the largest private independent owner and hotel management companies in the United States, with a portfolio that is comprised of more than approximately 8,400 guest rooms and more than 1 million square feet of banquet space. The Trust also directly or indirectly owns and operates interests in more than 15 other entities

13

that are not Debtors in these chapter 11 cases that own and operate, among other things, vacant land, office buildings, the Federal Courthouse in Springfield, Missouri, golf courses, real estate leased to restaurants, a minority interest in a casino, and the rights to the film: "The Great American West."

11.     Among many duties, members of the John Q. Hammons & Resorts team oversee food and beverage services, identify sales opportunities and manage the operations of each hotel to ensure quality lodging experiences, rewarding employee tenure and the fiscal health of each hotel.

## RELIEF REQUESTED

12.     The Debtors request that the Court enter an order combining their estates for joint administration purposes, utilizing a single docket number for matters occurring in the administration of these estates, including the listing of filed claims denoting debtor-obligor, the combining of notices to creditors in the two estates and the joint handling of other administrative matters, all of which will expedite the administration of these cases.

13.     The Debtors request that the instant cases be jointly administered in the name of *In re John Q. Hammons Fall 2006, LLC.*

## BASIS FOR RELIEF

14.     Pursuant to Fed. R. Bankr. P. 1015, the Court is authorized to enter an order providing for joint administration of the estates of the Debtors.

15.     The Debtors are part of an integrated operation — a chain of hotel and hospitality companies and properties in over 16 states.

16.     The Debtors believe that many motions, hearings and orders will be involved in the cases which will affect all of the Debtors herein.

17.     The entry of a joint administration order in the instant case will avoid unnecessary

14

costs and delays in the administration of the Debtors' estates. Joint administration will also permit the Debtor's proposed Claims Agent, BMC Group, Inc., to coordinate with the Clerk's Office and the Clerk's Office to maintain a single docket and single file for all of these chapter 11 cases, minimizing the administrative expense to the Debtors and the burden on the Court.

18.     Debtors believe that the relief that they seek herein is in the best interests of their estates, creditors and other parties in interest. Furthermore, bankruptcy courts in other multi-debtor cases have approved relief similar to the relief that Debtors seek herein. *See, e.g.*, *In re A1 Plank & Scaffold Mfg.*, No. 10-10379 (Bankr. D. Kan. Mar. 25, 2010); *In re HP Distrib., LLP*, No. 09-12310 (Bankr. D. Kan. Aug. 19, 2009); *In re Northshore Mainland Servs., Inc.* No. 15-11402 (KJC) (Bankr. D. Del. July 1, 2015); *In re Boomerang Tube, LLC,* No. 15-11247 (MFW) (Bankr. D. Del. June 10, 2015); *In re Wet Seal, Inc.*, No. 15-10081 (CSS) (Bankr. D. Del. Jan. 20, 2015); *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) (Bankr. D. Del. June 5, 2014); *In re Hawker Beechcraft, Inc.*, No. 12-11873 (SMB) (Bankr. S.D.N.Y. May 4, 2012).[1]

## NOTICE

19.     Notice of this Motion has been given to: (a) the United States Trustee; (b) Debtors' secured lenders; (c) Atrium Holding Company; (d) SFI Belmont LLC; (e) JD Holdings, LLC; (f) Debtors' combined 40 largest unsecured creditors; and (g) any party that has appeared and/or requested notice. Debtors submit that, under the circumstances, no further notice of the hearing is necessary and request that any further notice be dispensed with and waived.

---

[1] Because of the voluminous nature of the orders cited herein, such orders have not been attached to the Motion. Copies of these orders are available upon request to Debtors' proposed counsel.

WHEREFORE, the Debtors request that the Court enter an order, substantially in the form attached as <u>Exhibit A</u>, providing for the joint administration of the Debtors' estates and for such other and further relief as is just and proper.

STINSON LEONARD STREET LLP

By:  /s/ Mark Shaiken
Mark Carder KS # 11529
Mark Shaiken KS # 11011
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
mark.carder@stinson.com
mark.shaiken@stinson.com

COUNSEL FOR THE DEBTORS

**EXHIBIT A – FORM OF ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS AT KANSAS CITY**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **JOHN Q. HAMMONS FALL 2006, LLC,** *et al.*, | ) | Case No. 16-_____ |
| | ) | |
| Debtors. | ) | |
| | ) | |

<u>**ORDER DIRECTING JOINT ADMINISTRATION**</u>

Upon the motion ("Motion" of the above-captioned debtors (collectively, "Debtors") for entry of an order for joint administration of these chapter 11 cases, the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, their creditors and other parties-in-interest; and it appearing that notice of the hearing on the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2. The bankruptcy cases of the entities listed on Exhibit 1, attached, shall be jointly administered in the name of *In re John Q. Hammons Fall 2006, LLC* and all pleading shall be filed under the 16-_____ case number.

3. The parties are authorized and hereby directed to combine notice to creditors of the different estates.

4. All administrative matters may be jointly handled in these cases to expedite and aid the administration of these cases and render this process less costly to the estate.

5. A docket entry shall be made in each of the cases as follows:

An order has been entered in this case consolidating this case with *In re John Q. Hammons Fall 2006*, LLC, Case No. 16-_____ for procedural purposes only and providing for its joint administration in accordance with the terms thereof. All further pleadings and other papers are filed in, and all further docket entries are made in *In re John Q. Hammons Fall 2006*, LLC, Case No. 16-_____.

# # #

# EXHIBIT 1

**Jointly Administered Cases**

Junction City Catering Co., Inc.,
Revocable Trust of John Q. Hammons Dated December 28, 1989 as Amended and Restated,
John Q. Hammons Fall 2006, LLC,
ACLOST, LLC,
Hammons of Oklahoma City, LLC,
Hammons of South Carolina, LLC,
Hammons of Lincoln, LLC,
Hammons of New Mexico, LLC,
Hammons of Tulsa, LLC,
Hammons of Sioux Falls, LLC,
Hammons of Richardson, LLC,
Richardson Hammons, LP,
Hammons of Franklin, LLC,
John Q. Hammons Hotels Development, LLC,
JQH – Concord Development, LLC,
Hammons of Huntsville, LLC,
JQH - Ft. Smith Development, LLC,
JQH – East Peoria Development, LLC,
JQH – Glendale AZ Development, LLC,
JQH – San Marcos Development, LLC,
John Q. Hammons 2015 Loan Holdings, LLC,
JQH – Allen Development, LLC,
JQH - Kansas City Development, LLC,
JQH – Norman Development, LLC,
Chateau Lake, LLC,
JQH - La Vista III Development, LLC,
JQH - La Vista Conference Center Development, LLC,
JQH – Murfreesboro Development, LLC,
JQH – Normal Development, LLC,
JQH – Oklahoma City Bricktown Development, LLC,
JQH – Rogers Convention Center Development, LLC,
JQH - La Vista CY Development, LLC,
Hammons of Rogers, Inc.,
John Q. Hammons Hotels Management I Corporation,
John Q. Hammons Hotels Management II, LP,
John Q. Hammons Hotels Management, LLC,
JQH – Olathe Development, LLC,
JQH - Lake of the Ozarks Development, LLC,
Bricktown Residence Catering Co, Inc.,
Chateau Catering Co., Inc.,
Civic Center Redevelopment Corp.,
Concord Golf Catering Co., Inc.,

Concord Hotel Catering Co., Inc.,
East Peoria Catering Co, Inc.,
Fort Smith Catering Co., Inc.,
Franklin/Crescent Catering Co., Inc.,
Glendale Coyotes Catering Co., Inc.,
Glendale Coyotes Hotel Catering Co., Inc.,
Hammons, Inc.
Hammons of Colorado, LLC,
Hampton Catering Co., Inc.,
Hot Springs Catering Co., Inc.,
Huntsville Catering, LLC
International Catering Co., Inc.,
Joplin Residence Catering Co., Inc.,
JQH – Pleasant Grove Development, LLC,
KC Residence Catering Co., Inc.,
La Vista CY Catering Co., Inc.,
La Vista ES Catering Co., Inc.,
Lincoln P Street Catering Co., Inc.,
Loveland Catering Co., Inc.,
Manzano Catering Co., Inc.,
Murfreesboro Catering Co., Inc.,
Normal Catering Co., Inc.,
OKC Courtyard Catering Co., Inc.,
R-2 Operating Co., Inc.,
Rogers ES Catering Co., Inc.,
SGF – Courtyard Catering Co., Inc.,
Sioux Falls Convention/Arena Catering Co., Inc.,
St. Charles Catering Co., Inc.,
Tulsa/169 Catering Co., Inc.,
U.P. Catering Co., Inc.